# EXHIBIT E

**07 C 6883**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE ASHMAN**

Civil Action Cover Sheet                                    (Rev. 6/19/03) CCL 0520

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

*Virda Bell Bullard; et al.*

v.

*Burlington Northern Santafe Railway Company, et al*                    No. ___

### CIVIL ACTION COVER SHEET

A Civil Action Cover Sheet shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate general category and then check the subcategory thereunder, if applicable, which best characterizes your action.

Jury Demand  ☒ Yes  ☐ No

(FILE STAMP)

☐ **PERSONAL INJURY/WRONGFUL DEATH**

- ☐ 027  Motor Vehicle
- ☐ 040  Medical Malpractice
- ☐ 047  Asbestos
- ☐ 048  Dram Shop
- ☒ 049  Product Liability
- ☐ 051  Construction Injuries
  (including  Structural Work Act, Road
  Construction Injuries Act and negligence)
- ☐ 052  Railroad/FELA
- ☐ 053  Pediatric Lead Exposure
- ☐ 061  Other Personal Injury/Wrongful Death
- ☐ 063  Intentional Tort
- ☐ 064  Miscellaneous Statutory Action
  *(Please Specify Below**)*
- ☐ 065  Premises Liability
- ☐ 078  Fen-phen/Redux Litigation
- ☐ 199  Silicone Implant

☐ **062  PROPERTY DAMAGE**

☐ **066  LEGAL MALPRACTICE**

☐ **TAX & MISCELLANEOUS REMEDIES**

- ☐ 007  Confession of Judgment
- ☐ 008  Replevin
- ☐ 009  Tax
- ☐ 015  Condemnation
- ☐ 017  Detinue
- ☐ 029  Unemployment Compensation
- ☐ 036  Administrative Review Action
- ☐ 085  Petition to Register Foreign Judgment
- ☐ 099  All Other Extraordinary Remedies

☐ **COMMERCIAL LITIGATION**

- ☐ 002  Breach of Contract
- ☐ 070  Professional Malpractice
  (other than legal or medical)
- ☐ 071  Fraud
- ☐ 072  Consumer Fraud
- ☐ 073  Breach of Warranty
- ☐ 074  Statutory Action
  *(Please Specify Below**)*
- ☐ 075  Other Commercial Litigation
  *(Please Specify Below**)*
- ☐ 076  Retaliatory Discharge

☐ **077  LIBEL/SLANDER**

☐ **OTHER ACTIONS**

- ☐ 079  Petition for Qualified Orders
- ☐ 084  Petition to Issue Subpoena
- ☐ 100  Petition for Discovery

** _____

_____

By: _____   38427
    (Attorney)              (Pro Se)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Virda Bell Bullard, John G. Alexander, Clarence )
Edward Batts, Sr., Elnora Bell, Paulette Blaylock, )
Charles H. Booker, James Roy Booker, John R. )
Borgas, Donna Faye Bree, Lisa Michelle )
Breedlove, Kerwin Brooks, Coppin Ardell Brown, )
Florene J. Brown, Chenitha Lashone Burleson, )     Case No.
James Earl Burnett, James Roy Burns, Charles )
Bynaum, Earnest Carrathus, Clemmie Lee Carter, )
Dorlisha Childs, Brenda Clifton, Dennie Faye )
Cooper, Letetia Crear, Ina Sheri Cross, Don Ray )     **JURY DEMAND**
Darden, Bobbie B. Davis, John Davis, Jr., )
Leonard Edward Davis, Walsh Davis, Marcelina )
Gonzales DeLeon, Billie Jean Denson, Charles )
Ray DeVault, Tom DeVault, Jasper Dotson, )
Nathan Ewing, Jr., Frank Lee Ewing, Sr., Ted )
Alexander Flemings, Alter Mae Fletcher, Ora Nell )
Ray Ford, Lee George, Jr., Antoinette Denise )
Grant, Carrie Lee Gray, C.D. Green, Thomas )
Hank, Jr., Jimmie Heard, Jr., Lucy Henderson, )
Wesely Earl Henderson, Carolyn Joyce Henry, )
Dock Hester, Cantreas Lasha Hogues, Jesse Loyd )
Hogues, Sr., Luman W. Holloway, Sharon Sue )
Holloway, Lilly M. Holmes, Charles Jackson, )
Austin Earl Jackson, Jr., Kesha Lasha Jackson, )
Minnie Ola Jackson, Thomas Jackson, June Marie )
Johnson, Ruby Jewel Johnson, Colquitt )
Kennerson, Pamela Denise Lankster, Jessie Ray )
Lavan, Patricia A. Lavan, Earlene Lister, Elmer )
Joan Lister, Felipe Ponce Lopez, Jr., Bobbie Jean )
Lovings-McCartney, Donaciano E.Martinez, )
Shaundra Nechell Martinez, Stephanie Nicole )
Mathis,  Briscoe Tyrone, Aneathia Louise Mathis, )
Marie Mathis, Ruby Lee Mathis, James W. )
McCoy, Jane G. McCullough, Charles Louis )
McNeil, Gilbert McNeil, Sr., James E. Melton, Jr., )
Clint Molett, Beverly Rose Moore, Sharla Moore, )
Shirley Ann Moore, Stephanie Elaine Moore, )
Melanie Chantel Moses, Belinda W. Nichols, )
Walter Earl Nix, Jr., Lawrence Clarence Nix, )
Walter Earl Nix, Sr., George Albert Pennie, )
Luella Ray, Mechernette Redic, Clifton Arnold )
Roberts, Bobbie Jean Robinson, Rhonda Rogers, )
Leroy Ross, Helen D. Sams, Elizabeth Sauage, )
Henry Leon Scarlett, Wanda Faye Scarlett-Bass, )
Jessie Schultz, Iola Elizabeth Scott, Everlene )
Sweed, Angelina Taplin, Eva Clyde Taylor, )
Russell Charles Taylor, Sr., Jane Thomas, Manuel )
James Thomas, Patricia A. Tolbert, Floyd )

Townsend, Sr., Beatrice Townsend-Hurd, Donell )
Travis, Mary Helen Vasquez, Rita Y. Vasquez, )
Mae Ruth Watson, Jerome Wheeler, Edward )
James Williams, Lee Charles Williams, )
Lloyd Curtis Williams, Clemon J. Wilson, Shelia )
Wilson, Martin Wise, Jr., Clara Woodford, Robert )
K. Wyatt, Jimmy Lee Blackwell, David Corona, )
John Lee Darden, Eddie L. Everline, Sr., Melvin )
Fisher, Charles Lee Norris King, Willie Lavan, )
Sr., Lupe P. Lopez, James Earl Melton, Sr., )
Robbie Smith as special administrator of the )
estate of Andrew James Smith, deceased, Sharon )
James as special administrator of the estate of )
Joyce Marie Houston, deceased, Maggie Dawson )
as special administrator of the estate of Versie )
Bee Lister, deceased, Warren Summer, Jr. as )
special administrator of the estate of Warren J. )
Summers, Sr., deceased, Deanya Randle as )
special administrator of the estate of James )
Williams, Sr., deceased, and Charlesetta )
Mayherry as special administrator of the Estate of )
Robert Wilcox, Jr., deceased, )
)
         *Plaintiffs,* )
)
vs. )
)
Burlington Northern Santa Fe Railway Company, )
Koppers Industries, Inc., Monsanto Company, )
Dow Chemical Company, and Vulcan Materials )
Company, )
)
         *Defendants.* )

## COMPLAINT AT LAW AND JURY DEMAND

NOW COME Plaintiffs, Virda Bell Bullard, *et al.* (a complete list of Plaintiffs' names is set forth in the caption above and is attached as Attachment "A"), and complaining of Defendants, Burlington Northern Santa Fe Railway Company, Koppers Industries, Inc., Monsanto Company, The Dow Chemical Company and Vulcan Materials Company, and each of them, respectfully show this Honorable Court and Jury as follows:

**I.**

2

PARTIES

1.1    Plaintiffs are residents or former residents of Somerville, Burleson County, Texas, and are citizens of Illinois, California, Arizona, Louisiana and Texas. Plaintiffs sue individually and as Representatives of the Estates of the respective Decedents as described in Attachment "A". Each of the Plaintiffs, or each of the Decedents or minor children upon whose behalf the Plaintiffs appear, occupied, owned, or has been assigned rights to any cause of action that could be asserted by previous owners of property in the Somerville area at the time during which the injury alleged herein occurred.

1.2    Defendant Burlington Northern and Santa Fe Railway Corporation ("BNSF") is a Delaware corporation formed by the merger of the Burlington Northern and the Atchison, Topeka and Santa Fe Railway Company ("ATSF") railroads.  At the time of the incidents made the basis of this suit the ATSF railroad was a Delaware corporation with its principal place of business in Chicago, Cook County, Illinois.   BNSF may be served through its registered agent, CT Corporation System, 208 S. LaSalle Street, Suite 814, Chicago, IL  60604.

1.3    Defendant Koppers Industries, Inc. ("Koppers") is a Pennsylvania corporation that conducts business in Cook County from which it derives substantial profits.  Koppers may be served through its registered agent, Illinois Corporation Service, 801 Adlai Stevenson Drive, Springfield, IL  62703.

1.4    Defendant Monsanto Company (Monsanto) is a Delaware corporation with its principal place of business in St. Louis, Missouri.  Defendant Monsanto does significant business in Cook County, Illinois.   Monsanto may be served through its registered agent, Illinois corporation Service, 801 Adlai Stevenson Drive, Springfield, IL  62703.

3

1.5    Defendant The Dow Chemical Company (Dow) is a Delaware corporation with its principal place of business in Midland, Michigan. Defendant Dow does significant business in Cook County, Illinois. Dow may be served through its registered agent, CT Corporation System, 208 S. LaSalle Street, Suite 814, Chicago, IL 60604.

1.6    Defendant Vulcan Materials Company (Vulcan) is a New Jersey corporation with its principal place of business in Birmingham, Alabama. Defendant Vulcan does significant business in Cook County, Illinois. Vulcan may be served through its registered agent, Prentice Hall Corporation, 33 North LaSalle Street, Chicago, IL 60602.

## II.
### JURISDICTION AND VENUE

2.1    Jurisdiction is appropriate in this Court because this is a lawsuit seeking damages in excess of the minimum jurisdictional limits of the Circuit Court of Cook County, Illinois.

2.2    The Court has personal jurisdiction over these Defendants because they have the requisite contacts with Illinois, both specific and general, for the exercise of jurisdiction and such exercise of jurisdiction does not offend the traditional notions of fair play and substantial justice.

2.3    Plaintiffs are not asserting any claims or causes of action based on federal laws, treaties, or the United States Constitution, and there is not complete diversity of citizenship between all Plaintiffs and all Defendants so that even though many of the claims being asserted herein have a value in excess of $75,000, a federal court does not have jurisdiction over this action, and removal would be improper.

2.4    Venue is proper in Cook County pursuant to 735 ILCS 5/2-101 because a substantial part of the events or omissions giving cause to the claims occurred in Cook County, Illinois. Plaintiffs' Complaint does not assert an action for recovery of damages to real property.

## III.

4

## FACTUAL BASIS OF PLAINTIFFS' CLAIMS

3.1    Plaintiffs are residents or former residents of Somerville, Burleson County, Texas. Plaintiffs are victims of cancer and other bodily injuries, as well as other damage, arising out of exposure to toxic chemicals from a wood treatment facility located in Burleson County. This suit arises out of the operations and activities of the Defendants with regard to the use and lack of containment of toxic chemicals used at the facility, which have caused them injuries and damages. Upon information and belief, many if not all of the chemicals used in the plant were manufactured, mixed and/or consolidated at the Koppers Creosote facility in Cook County, Illinois.

## The Koppers Cicero, Illinois Facility

3.2    The Koppers, Inc., Stickney Plant, 3900 S. Laramie Avenue, Cicero, Illinois was engineered and constructed in 1920-1921. The plant was constructed for the manufacture of creosote and other chemicals to be used in railroad products. The creosote was manufactured and sold to the railroad defendants, and shipped from Cook County to plants in various locations such as the Somerville Texas Plant described below.

## The Wood Treatment Facility

3.3    The Somerville facility, at which the Railroad Defendants operated and Koppers now operates a wood treatment plant, occupies a 200-acre tract of land on the northeastern edge of the city of Somerville in Burleson County, Texas. The plant began production in its present location in February 1906 and was owned by a subsidiary of the AT&SF Railroad. On December 2, 1912, the plant's name was changed to Santa Fe Tie and Lumber Preserving Company. On June 2, 1950, the Santa Fe Railway (AT & SF) absorbed this subsidiary. On

March 28, 1995, AT & SF sold the Somerville wood treatment facility to Koppers. AT & SF merged with and into the Defendant BNSF on December 31, 1996.

3.4    BNSF has represented to the Texas Natural Resource Conservation Commission ("TNRCC") that it assumes responsibility for the historic contamination of the Somerville site.

**Chemical Involvement**

3.5    From its inception in the late 1800's and continuing today, the wood treatment facility has and does today manufacture railroad cross ties, bride timbers, poles, piling, and other wood products all of which are treated on site with one or more pesticides and wood preservatives including derivatives of coal tar creosote and chlorinated pesticide compounds including pentachlorophenol (PCP). PCP is toxic to the environment and man, and exposure to it causes damage to the liver, kidneys, blood, and nervous system, and it is a human carcinogen.

3.6    The Somerville site wood manufacturing process consists of vapor drying the various shaped wood pieces followed by pressure treating the wood with creosote/oil mixtures as well as certain pesticidal extenders and chlorinated pesticides including the aforesaid PCP. The resulting treated wood products are used in the railroad industry.

3.7    Coal tars are by-products of the carbonization of coal to produce coke and/or natural gas. Coal tars are complex combinations of polycyclic aromatic hydrocarbons (PAHs), phenols, heterocyclic oxygen, sulfur, and nitrogen compounds. Coal tar creosotes are distillation products of coal tar.

3.8    Coal tar creosotes consist of aromatic hydrocarbons, anthracene, naphthalene, and phenanthrene derivatives. At least 75 per cent of coal tar creosote mixture is made up of PAHs. PAHs are toxic to the environment and man and are human carcinogens.

6

3.9    The composition of the creosote mixture is dependent on the sources and preparation parameters of the coal tar, and as a result, the creosote components are rarely consistent in their type and concentration. An example of the composition variability among creosote samples was recently presented by *Weyand et al.* (1991). In that study, the concentrations of several PAHs were analyzed in four coal tars. All of the PAHs identified exhibited 2-fold to nearly 20-fold differences in concentration among the four samples.

3.10    The coal tar creosote mixtures at issue here represent 100 years of different formulations manufactured in Cicero, Illinois and sent to the Somerville site. These formulations contained from time to time 199 identifiable PAHs including benzo(a)pyrenes and dibenzofurans. Coal tar creosote (creosote) is a soup of hundreds, if not thousands, of compounds most of which are toxic to the environment and man.

3.11    To this creosote soup, extenders including, but not limited to, PCP are added to create the "creosote" utilized in the pressure treatment of wood at facilities like Somerville.

3.12    PCP is a chlorinated compound used as a pesticide in the treatment of specialty wood products such as poles and railroad ties and other applications where wood comes into contact with soil making it vulnerable to insect attack. Often in the past PCP was used in the creosote treatment of specialty products. On information and belief PCP compounds were used in the treatment of specialty wood products at the Somerville site at relevant times.

3.13    During the manufacturing process of PCP, dioxins are formed as an unwanted by-product of production. Dioxins are one of the most carcinogenic substances known to man. Further, given the chemical make-up of PCP, it is a likely generator of dioxins and furans when subjected to heat and pressure of the sort utilized in the pressure treatment of specialty wood products at the Somerville facility.

3.14    Because of the availability of benzene in coal tar creosote, a source of chlorine in an environment of heat and pressure together with oxygen presents the opportunity for a variety of dioxins and furans to form during the tie treating process.

3.15    Creosote and its constituent compounds, PCP, dioxins and furans, are toxic and harmful to the environment and man.  For purposes of this Complaint, all of these toxic and hazardous materials will often be referred to collectively as the "chemicals, solvents, and substances" and sometimes as the "products in question."

**Supplier Defendants**

3.16    Defendants Monsanto, Dow and Vulcan provided chemicals to both the Cicero Koppers facility in Cook County, Illinois and the Somerville facility.  Some, if not all, of the chemicals provided were unreasonably dangerous, toxic, and/or contaminated with unknown and unanticipated adulterating constituents.   The supplier defendants failed to warn of these contaminants and the unreasonably dangerous nature of their products, and/or failed to give proper instructions for their safe handling and use.  Furthermore, these defendants negligently manufactured these chemicals in a way that allowed the formation or contamination of the products with the contaminants.

**Plaintiffs' Chemical Exposure**

3.17    During the operative time period from 1905 to present, BNSF and Koppers operated the wood treatment facility at Somerville.  That process encompassed the use of large metal cylinders into which shaped wood products would be placed.  Under pressure and heat, creosote and other pesticides would infuse the wood and displace water thus impregnating the railroad ties and other products with the aforesaid pesticides.

3.18   Currently, the Somerville plant utilizes four cylinders, which are 8 feet in diameter and 155 feet long, into which specialty wood is placed for pressure treatment.

3.19   Because of the magnitude of the treatment operation at Somerville, enormous quantities of creosote and other pesticides have in the past and currently are being utilized on a daily basis. BNSF and Koppers have caused the release of these toxic and hazardous chemicals, solvents, and substances into the soil, groundwater, water, and air in and around the wood treatment facility.

3.20   Plaintiffs have been exposed and continue to be exposed to the toxic chemicals from the Somerville facility used to treat the wood products. At some point in time unknown to Plaintiffs, these chemicals began to contaminate their bodies, property and homes.

3.21   Due to the size of the operation, extensive stacks of treated railroad ties and other treated products are, and at all relevant times in the past have been, placed on the ground for the purpose of "curing out." Volatilized molecules of the aforesaid toxic compounds are released as gas from this process and are carried by the prevailing winds over the Somerville area.

3.22   Creosote and other pesticides drip from the curing treated wood products and leech into the soil causing contamination of the soil, surface water and groundwater including the aquifers underlying the Somerville area.

3.23   Independent testing has verified the presence of toxic compounds including dioxins/furans and PAHs inside the homes of Somerville residents. Likewise, independent testing has verified the presence of toxic compounds including dioxins/furans and PAHs in the residential soil of the Somerville area. The nature and make-up of the aforesaid compounds establish that the Somerville site is the generator of these compounds.

3.24    Governmental mandated testing of soil, sediment, surface and groundwater on the Somerville site has verified the presence of the aforesaid toxic and dangerous compounds.

3.25    Governmental entities have documented the contamination of the aquifer underlying the Somerville area.  Governmental entities have also documented soil contamination at the Somerville site.

3.26    Surface water run-off from the Somerville site has carried contaminated sediment to the waters of Thompson Creek and other natural drainage features resulting in off site contamination of the Somerville area.

3.27    Natural wind patterns have dispersed throughout the air in Somerville toxic gasses created by the Somerville site.

3.28    Toxic contamination of the clothing of plant workers has caused harmful chemicals to contaminate the inside of their homes where family members and loved ones have been secondarily exposed to such contaminants.

3.29    Plaintiffs have experienced one or more of the following during the relevant time periods:

a.  Intermittent flooding of their property with surface water running from the contaminated Koppers' railroad tie treatment facility.

b.  Intermittent flooding of their property from Thompson Creek and other natural drains that receive contaminated surface water flowing from the Somerville railroad tie treatment facility.

c.  Treated wood routinely provided to Plaintiffs by BNSF and Koppers as firewood in the homes of the Plaintiffs and in some cases used as cooking fuel.

d.  Treated wood ties from time to time would be placed on or near the property of one or more of the Plaintiffs for storage prior to their being sold or removed by BNSF and Koppers for some other purpose.

e.  Groundwater lying under the real estate of Plaintiffs has been and remains contaminated with the chemicals used by BNSF and Koppers as a consequence of the chemicals being spilled and otherwise placed on the soil of the treatment facility and otherwise placed in leaking containment ponds such that the groundwater and the aquifers underlying the Somerville area are now contaminated.

f.  One or more of the Plaintiffs has in the past experienced "oily tasting" water drawn from fresh water wells in the Somerville area.

g.  One or more of the Plaintiffs' houses and real estate have become contaminated with dioxins/furans, PAHs and other toxic molecules released from the wood treatment facility.

h.  Noxious odors emanating from the wood treating facility.

i.  Poisonous dusts released from the wood treatment facility that settle from the air onto their respective properties in the Somerville area.

3.30  PCP-containing products were routinely stored outside at the facility without cover or protection, allowing the chemicals to disperse throughout the neighborhood, contaminating Plaintiffs' homes, properties, and persons.

3.31  During the relevant time in question, BNSF and Koppers improperly disposed of unwanted chemicals and contaminated dirt by dumping the refuse outside at the facility, contaminating Plaintiffs' homes, properties, and persons.

11

3.32   As a consequence of the foregoing activities of the Defendants, but not limited to such, toxic substances including PAHs, dioxins/furans, arsenic and other dangerous and deadly toxins were at all relevant times generated and released from the Somerville site.

3.33   As a result of exposure to the toxic and hazardous chemicals, solvents, and substances, Plaintiffs have sustained bodily injuries, including cancer.

## CAUSES OF ACTION

### IV.
### NEGLIGENCE

4.1   Each of the statements and allegations made in Sections 3.1 to 3.33 above are specifically adopted and incorporated by reference herein as if set forth in full.

4.2   Defendants Monsanto Company, Dow Chemical Company, and Vulcan Materials Company were in the business of designing, manufacturing, selling and/or distributing the chemicals and placed said chemicals in the stream of commerce.  The chemicals were mixed with the creosote and shipped via rail to the Cicero Koppers facility in Cook County, Illinois and the Somerville, Texas facility.

4.3   At the time the chemicals left the control of Monsanto, Dow and Vulcan, the chemicals were in a defective condition which rendered the chemicals unreasonably dangerous.

4.4   This unreasonably dangerous, defective, and unsafe condition of the chemicals continued up to and including the time of the exposure.

4.5   At all times relevant herein, it was the duty of the Defendants, Monsanto, Dow, and Vulcan, and each of them, to use reasonable care in designing, manufacturing, selling, and/or distributing the chemicals.

4.6     At all times relevant herein, it was the duty of the Defendants, Koppers and BNSF, and each of them, to use reasonable care in handling, releasing, and disposing of the chemicals.

4.7     Each and every defendant committed various acts of omission and commission that constitute negligence and were a proximate cause of the injuries and damages of Plaintiffs.

4.8     At all times relevant herein, in violation of their above-specified duty, and in breach thereof, the Defendants, Koppers, BNSF, Monsanto, Dow, and Vulcan, and each of them, were guilty of one or more of the careless and negligent acts or omissions set forth more fully herein.

4.9     Koppers and BNSF were negligent in allowing and failing to prevent the release of toxic and hazardous chemicals, solvents, and substances into the soil, groundwater, water, and air in and around the wood treatment facility they operated and/or owned.

4.10    Koppers and BNSF were negligent in failing to monitor their procedures and receipts of toxic and hazardous chemicals, solvents, and substances so that they were released and escaped into the soil, groundwater, water, and air in and around the wood treatment facility they operated and/or owned.


4.11    Koppers and BNSF were negligent in failing to monitor the types and amounts of toxic and hazardous chemicals, solvents, and substances that were being released and that escaped into the soil, groundwater, water, and air in and around the wood treatment facility they operated and/or owned.  Alternatively, Koppers and BNSF were negligent in the manner in which they undertook to monitor the types and amounts of toxic and hazardous chemicals, solvents, and substances that were being released and that escaped into the soil, groundwater,

13

water, and air in and around the wood treatment facility they operated and/or owned, and such conduct increased the risk of harm and/or caused harm because it was relied upon by others to be performed with the appropriate standard of care.

4.12    Koppers and BNSF were negligent in improperly disposing of and failing to properly dispose of toxic and hazardous chemicals, solvents, substances, waste materials, byproducts and effluents of the wood treatment process so that they were released and escaped into the soil, groundwater, water, and air in and around the wood treatment facility they operated and/or owned.

4.13    Koppers and BNSF were negligent in failing to warn the Plaintiffs and others in the general public of the toxic and hazardous chemicals, solvents, and substances that they knew, or in the exercise of reasonable ordinary care should have known, were being released and escaped into the soil, groundwater, water, and air in and around the wood treatment facility they operated and/or owned.

4.14    Koppers and BNSF were negligent in failing to warn Plaintiffs and others in the general public of the dangers and potential bodily harm that could be caused by the toxic and hazardous chemicals, solvents, and substances that they knew, or in the exercise of reasonable ordinary care should have known, could result from exposure to the toxic and hazardous chemicals, solvents, and substances that were being released and escaping into the soil, groundwater, water, and air in and around the wood treatment facility they operated and/or owned.

4.15    Koppers and BNSF were negligent in creating an unreasonable risk of harm by exposing Plaintiffs to the toxic and hazardous chemicals, solvents, and substances that they were causing to be released into the soil, groundwater, water, and air.

4.16    Koppers and BNSF were negligent in failing to intervene in a timely manner to prevent, contain, monitor, or control the toxic and hazardous chemicals, solvents, and substances that were being released into the soil, groundwater, water, and air, which could have minimized or eliminated Plaintiffs' exposure to the toxic and hazardous chemicals, solvents, and substances.

4.17    Koppers and BNSF were negligent in failing to implement and enforce procedures with regard to industrial hygiene that resulted in increased exposure to the toxic and hazardous chemicals, solvents, and substances that were being used at the wood treatment facility they operated and/or owned.

4.18    The Supplier Defendants, Monsanto, Dow and Vulcan, were negligent in failing to adequately warn and in failing to properly manufacture unadulterated chemicals, and in failing to properly test for contamination.

4.19    As a proximate result of one or more of the above-stated careless and negligent acts or omissions by the Defendants, Koppers, BNSF, Monsanto, Dow, and Vulcan, and each of them, the Plaintiffs and Decedents were injured and sustained damages, resulting in the death of Decedents.

4.20    The above-referenced negligent acts and omissions were a proximate cause of the deaths of Decedents and Plaintiffs' injuries and damages.

## V.
### TRESPASS

5.1    Each of the statements and allegations made in Sections 3.1 to 3.33 above are specifically adopted and incorporated by reference herein as if set forth in full.

5.2    Koppers and BNSF released toxic and hazardous chemicals, solvents, and substances into the soil, groundwater, water, and air that encroached upon and entered into and

onto the real property of Plaintiffs, in a way that was physical, intentional and voluntary by Koppers and BNSF.

5.3    Koppers and BNSF intentionally released said toxic and hazardous chemicals, solvents, and substances into the soil, groundwater, water, and air in and around Plaintiffs' personal and real property, including their clothing, land, and homes, while knowing to a substantial degree of certainty that said release would result in an intrusion of said toxic and hazardous chemicals, solvents, and substances on Plaintiffs' persons, personal property, land, and real estate.

5.4    Koppers and BNSF's release of said toxic and hazardous chemicals, solvents, and substances has been a continuing course of conduct on their part through the present.

5.5    Koppers and BNSF wrongfully caused said toxic and hazardous chemicals, solvents, and substances to enter, invade, and intrude upon Plaintiffs' property without the permission or consent of the Plaintiffs

5.6    Koppers and BNSF's abnormally dangerous activity in releasing said toxic and hazardous chemicals, solvents, and substances has wrongfully interfered, and continues through the present wrongfully to interfere, with Plaintiffs' possessory rights in their property and, specifically, has directly interfered, and continues through the present to interfere directly, with Plaintiffs' ability to use and enjoy their property free of harm to their health and persons.

5.7    As a proximate result of said trespass by Defendants upon Plaintiffs' property and persons, the Plaintiffs and Decedents have sustained personal injury and damages, including mental anguish and physical injury.

5.8    These releases and trespasses, whether the result of negligence, recklessness, or intentional conduct involving abnormally dangerous activity, caused injury to Plaintiffs' right of

16

possession, resulting in personal injury and damage to Plaintiffs and Decedents, including mental anguish and physical injury.

## VI.
### WILLFUL AND WANTON CONDUCT

6.1    Each of the statements and allegations made in Sections 3.1 to 3.33 above are specifically adopted and incorporated by reference herein as if set forth in full.

6.2    At all times relevant herein, it was the duty of the Defendants, Koppers and BNSF, and each of them, to refrain from willful and wanton conduct which would endanger the safety of others, including the Plaintiffs and Decedents.

6.3    At all times relevant herein, in violation of their above-specified duty, and in breach thereof, the Defendants, Koppers and BNSF, and each of them, intentionally and/or with an utter indifference to or conscious disregard for the safety of others, including the Plaintiffs and Decedents, willfully and wantonly committed one or more of the following acts and/or omissions set forth more fully herein.

6.4    Koppers and BNSF knew that the chemicals, solvents, and substances that they were causing to be released into the soil, groundwater, water, and air in and around their wood treatment facility were toxic and hazardous.   They knew that these chemicals, solvents, and substances would cause grave, sometimes fatal, injuries to the people in and around the facility. Despite their knowledge, Koppers and BNSF consciously disregarded the rights, safety, and welfare of the general public, including Plaintiffs and Decedents, in proceeding to cause and allow these toxic and hazardous chemicals, solvents, and substances to escape from the facility and cause significant and pervasive bodily injuries and deaths to Decedents, Plaintiffs and others.

6.5    This conduct was known and directed by managers and officers of Koppers and BNSF and was a proximate cause of Plaintiffs' injuries and damages and Decedents' deaths.

6.6    As a proximate result of one or more of the above-stated willful and wanton acts and/or omissions of the Defendants, Koppers and BNSF, and each of them, the Plaintiffs and Decedents were injured and sustained damages, resulting in the death of Decedents.

## VII.
### STRICT LIABILITY

7.1    Each of the statements and allegations made in Sections 3.1 to Section 3.33 are specifically adopted and incorporated by reference herein as if set forth in full.

7.2    Defendants Monsanto Company, Dow Chemical Company, and Vulcan Materials Company were in the business of designing, manufacturing, selling and/or distributing the chemicals and placed said chemicals in the stream of commerce. The chemicals were mixed with the creosote and shipped via rail to the Cicero Koppers facility in Cook County, Illinois and the Somerville, Texas facility.

7.3    At the time the chemicals left the control of Monsanto, Dow and Vulcan, the chemicals were in a defective condition which rendered the chemicals unreasonably dangerous in one or more of the following ways:

(a)    Long term exposure to the chemicals posed a danger to humans and the environment;

(b)    The chemicals contained hazardous propensities and characteristics that, when exposed to long term, caused cancer and other health problems.

7.4    Plaintiffs and Decedents have been exposed and Plaintiffs continue to be exposed to the toxic chemicals from the Somerville facility. At some point in time unknown to Plaintiffs, these chemicals began to contaminate their bodies, property and homes.

7.5    Due to the size of the operation, extensive stacks of treated railroad ties and other treated products were and at relevant times in the past have been, placed on the ground for the

purpose of "curing out". Volatized molecules of the aforesaid toxic compounds are released as gas from this process and are carried by the prevailing winds over the Somerville area.

7.6     Creosote and other pesticides drip from the curing treated wood products and leech into the soil causing contamination of the soil, surface and groundwater including the aquifers underlying the Somerville area.

7.7     The unreasonably dangerous, defective, and unsafe usage of the chemicals continued up to and including the time of the exposure.

7.8     As a proximate result of the exposure, unreasonably dangerous, defective, and unsafe condition of the chemicals, Plaintiffs and Decedents were injured and suffered damages, resulting in the death of Decedents.

7.9     Defendants Monsanto, Dow and Vulcan knew or reasonably should have known that the chemicals they sold and shipped to the Koppers Cicero Illinois facility and Somerville, Texas facility were unreasonably dangerous and failed to warn of their dangerous propensity.

## VIII.
### GENERAL AGENCY ALLEGATIONS

8.1     Whenever in this Complaint it is alleged that a corporate Defendant did any act or omission it is meant that Defendants' officers, agents, servants, employees, joint venturers, partners, joint enterprisers and/or representatives did such act or omission, and that at the time such act or omission was done, it was done with the full authorization and/or ratification of that Defendant, and was done in the normal and routine course and scope of the employment of Defendants' officers, agents, servants, employees, joint venturers, partners, joint enterprisers or representatives.

## IX.

19

### FRAUDULENT CONCEALMENT, DISCOVERY RULE, ESTOPPEL, AND TOLLING OF LIMITATIONS

9.1    The accrual of Plaintiffs' causes of action, and the running of any applicable statute of limitations, has been deferred by Defendants' acts of fraudulent concealment. These include, but are not limited to, failing to disclose, and in fact suppressing, information concerning: (a) the injurious nature of their activities; (b) the fact that the toxic and hazardous chemicals, solvents, and substances were being released into the soil, groundwater, water, and air in and around the wood treatment facility; and (c) the harmful effects associated with continued exposure to the toxic and hazardous chemicals, solvents, and substances to the Plaintiffs and others residing near the wood treatment facility. Defendants concealed the results of their health monitoring of certain employees.    Defendants also concealed from federal and state governmental agencies their conduct involving the toxic and hazardous chemicals, solvents, and substances. Defendants had actual knowledge of these wrongs, but concealed the wrongs by making misrepresentations and/or by remaining silent when they had a duty to speak. Further, Defendants had a fixed purpose to conceal the wrongs. Plaintiffs and Decedents reasonably relied on Defendants' misrepresentations and/or silence. Plaintiffs brought their claims promptly when they reasonably knew or should have known based upon a reasonably diligent inquiry that their injuries and damages were caused by the wrongful acts of Defendants.

9.2    Further and alternatively, the accrual of Plaintiffs' causes of action have been deferred because many or all of Plaintiffs' injuries were inherently undiscoverable and not objectively verifiable. Further, Plaintiffs' action is brought under State law for personal injuries, which are caused or contributed to by exposure to a hazardous substance, pollutant, or contaminant released into the environment from a facility.

9.3     Further and alternatively, with regard to any allegations Defendants may make as to statute of limitations, Plaintiffs plead equitable estoppel.     Defendants, with actual or constructive knowledge, have materially misrepresented or concealed facts by contending that their activities were not harmful and injurious.     Defendants are now estopped from contending that Plaintiffs knew or should have known that the Defendants' activities were in fact harmful or injurious.

## DAMAGES

### X.
### PERSONAL INJURY DAMAGES

10.1     Plaintiffs seek compensatory damages arising from their injuries suffered as a result of the wrongful conduct of Defendants. Plaintiffs seek monetary damages from Defendants to compensate them for the following elements of damages:

- past and future medical expenses;

- past and future loss of earning capacity;

- past and future pain and suffering;

- past and future disability and/or loss of a normal life;

- past and future mental anguish;

- past and future physical impairment; and

- past and future disfigurement.

### XI.
### WRONGFUL DEATH DAMAGES

11.1     On October 31, 2007, various Plaintiffs herein were appointed Special Administrator of the Estate of their Decedents in the Circuit Court of Cook County, Law Division, for the purpose of bringing this lawsuit. (Exhibit 1).

11.2    This cause of action arises under the Illinois Wrongful Death Act, codified at 740 ILCS 180/1, et. seq.

11.3    As a result of the deaths of Decedents, Plaintiffs seek monetary damages to compensate them for the following damages all of which Plaintiffs have suffered and are reasonably certain to suffer in the future:

> • pecuniary and personal loss, including the loss of money, benefits, goods, services, and society, including love, affection, care, attention, companionship, comfort, guidance and protection of the decedent. Additionally, the lawful wedded spouses of Decedents have suffered a loss of consortium as a result of the death of their spouses.

## XII.
### SURVIVAL ACTION BY THE ESTATES OF DECEDENTS

12.1    This cause of action arises under the Survival Act, codified at 755 ILCS 5/27-6, and is brought by the Plaintiffs as the duly appointed Special Administrators of the Estate of their Decedents.

12.2    As a result of the deaths of Decedents, their estates seek monetary damages to compensate for the following elements of damages:

> • conscious pain and suffering,
>
> • medical expenses of Decedents;
>
> • loss of earnings;
>
> • caretaking expenses of Decedents;
>
> • disfigurement; and
>
> • loss of enjoyment of life and mental anguish.

## XIII.

22

## PUNITIVE DAMAGES

13.1    Because Defendants are guilty of willful and wanton conduct, they should have punitive damages assessed against them in an amount deemed appropriate by the jury.

## XIV.
### POST-JUDGMENT INTEREST

14.1    Plaintiffs seek recovery of post-judgment interest as permitted by law.

## XV.
### RESERVATION OF RIGHTS

15.1    Plaintiffs reserve the right to prove the amount of damages at trial and to amend their Complaint to add additional claims upon further discovery and as their investigation continues.

## XVI.
### REQUEST FOR JURY TRIAL

16.1    Pursuant to 735 ILCS 5/2-1105 of the ILLINOIS CODE OF CIVIL PROCEDURE, Plaintiffs request a trial by jury.

## XVII.
### PRAYER

WHEREFORE, Plaintiffs, Virda Bell Bullard, *et al.*, request that Defendants, Burlington Northern Santa Fe Railway Company, Koppers Industries, Inc., Monsanto Company, Dow Chemical Company, and Vulcan Materials Company, and each of them, be cited to appear and answer herein, that this cause be set for trial before a jury, and that Plaintiffs recover judgment of and from Defendants for their actual and exemplary damages in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and as the evidence may show and the jury may determine to be proper, together with pre-judgment interest, post-judgment interest, costs of suit,

and such other and further relief to which Plaintiffs may show themselves to be justly entitled at law or in equity.

Respectfully submitted

**WATTS LAW FIRM, L.L.P.**

_James L. "Larry" Wright_
James L. "Larry" Wright
Daniel A. Longoria

**THE HANKINS LAW FIRM**

**DWIGHT E. JEFFERSON, P.L.L.C.**

**DAVID S. JASMER, LLC**

_David S. Jasmer_
David S. Jasmer

**WATTS LAW FIRM, LLC.**
111 Congress Avenue, Suite 1000
Austin, TX 78701
512-479-0500
512-478-0328 (fax)
James L. "Larry" Wright
Texas State Bar No. 22038500
Daniel A. Longoria
Texas State Bar No. 24055867

**THE HANKINS LAW FIRM**
Grover G. Hankins
440 Louisiana Street, Suite 725
Houston, TX  77002
713-292-2720
713-292-2729 (fax)
State Bar No. 00795895

DWIGHT E. JEFFERSON
**DWIGHT E. JEFFERSON, P.L.L.C.**
405 Main Street, Suite 950
Houston, TX  77002
713-222-1222
713-222-1223 (fax)
State Bar No. 10605600

*Local Counsel:*
**DAVID S. JASMER, LLC**
David S. Jasmer
111 W. Washington Street, Suite 1150
Chicago, IL 60602
312-782-6344
312-372-1974 (fax)
Atty. No. 38427

**ATTORNEYS FOR PLAINTIFFS**

**Exhibit A**

Virda Bell Bullard, John G. Alexander, Clarence Edward Batts, Sr., Elnora Bell, Paullette Blaylock, Charles H. Booker, James Roy Booker, John R. Borgas, Donna Faye Bree, Lisa Michelle Breedlove, Kerwin Brooks, Coppin Ardell Brown, Florene J. Brown, Chenitha Lashone Burleson, James Earl Burnett, James Roy Burns, Charles Bynaum, Earnest Carrathus, Clemmie Lee Carter, Dorlisha Childs, Brenda Clifton, Dennie Faye Cooper, Letetia Crear, Ina Sheri Cross, Don Ray Darden, Bobbie B. Davis, John Davis, Jr., Leonard Edward Davis, Walsh Davis, Marcelina Gonzales DeLeon, Billie Jean Denson, Charles Ray DeVault, Tom DeVault, Jasper Dotson, Nathan Ewing, Jr., Frank Lee Ewing, Sr., Ted Alexander Flemings, Alter Mae Fletcher, Ora Nell Ray Ford, Lee George, Jr., Antoinette Denise Grant, Carrie Lee Gray, C.D. Green, Thomas Hank, Jr., Jimmie Heard, Jr., Lucy Henderson, Wesely Earl Henderson, Carolyn Joyce Henry, Dock Hester, Cantreas Lasha Hogues, Jesse Loyd Hogues, Sr., Luman W. Holloway, Sharon Sue Holloway, Lilly M. Holmes, Charles Jackson, Austin Earl Jackson, Jr., Kesha Lasha Jackson, Minnie Ola Jackson, Thomas Jackson, June Marie Johnson, Ruby Jewel Johnson, Colquitt Kennerson, Pamela Denise Lankster, Jessie Ray Lavan, Patricia A. Lavan, Earlene Lister, Elmer Joan Lister, Felipe Ponce Lopez, Jr., Bobbie Jean Lovings-McCartney, Donaciano E.Martinez, Shaundra Nechell Martinez, Stephanie Nicole Mathis, Briscoe Tyrone, Aneathia Louise Mathis, Marie Mathis, Ruby Lee Mathis, James W. McCoy, Jane G. McCullough, Charles Louis McNeil, Gilbert McNeil, Sr., James E. Melton, Jr., Clint Molett, Beverly Rose Moore, Sharla Moore, Shirley Ann Moore, Stephanie Elaine Moore, Melanie Chantel Moses, Belinda W. Nichols, Walter Earl Nix, Jr., Lawrence Clarence Nix, Walter Earl Nix, Sr., George Albert Pennie, Luella Ray, Mechernette Redic, Clifton Arnold Roberts, Bobbie Jean Robinson, Rhonda Rogers, Leroy Ross, Helen D. Sams, Elizabeth Sauage, Henry Leon Scarlett, Wanda Faye Scarlett-Bass, Jessie Schultz, Iola Elizabeth Scott, Everlene Sweed, Angelina Taplin, Eva Clyde Taylor, Russell Charles Taylor, Sr., Jane Thomas, Manuel James Thomas, Patricia A. Tolbert, Floyd Townsend, Sr., Beatrice Townsend-Hurd, Donell Travis, Mary Helen Vasquez, Rita Y. Vasquez, Mae Ruth Watson, Jerome Wheeler, Edward James Williams, Lee Charles Williams, Lloyd Curtis Williams, Clemon J. Wilson, Shelia Wilson, Martin Wise, Jr., Clara Woodford, Robert K. Wyatt, Jimmy Lee Blackwell, David Corona, John Lee Darden, Eddie L. Everline, Sr., Melvin Fisher, Charles Lee Norris King, Willie Lavan, Sr., Lupe P. Lopez, James Earl Melton, Sr., DeShaundra Nelson as special administrator of the estate of June E. Coleman, deceased, Robbie Smith as special administrator of the estate of Andrew James Smith, deceased, Sharon James as special administrator of the estate of Joyce Marie Houston, deceased, James Johnson as special administrator of the estate of Barbara Pennie Johnson, deceased, Maggie Dawson as special administrator of the estate of Versie Bee Lister, deceased, Ozell Roberts as special administrator of the estate of Arlinda Roberts, deceased, Warren Summer, Jr. as special administrator of the estate of Warren J. Summers, Sr., deceased, Gloria Wiley as special administrator of the estate of Henry Wiley, Jr., deceased, Betty Williams as special administrator of the estate of Leona Williams, deceased, Deanya Randle as special administrator of the estate of James Williams, Sr., deceased, Robbie Smith, as special administrator of the estate of Andrew James Smith, deceased, and Charlesetta Mayherry as special administrator of the Estate of Robert Wilcox, Jr., deceased,

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

Virda Bell Bullard, John G. Alexander,  )
Clarence Edward Batts, Sr., Elnora Bell,  )
Paulette Blaylock,  )
Charles H. Booker, James Roy Booker, John  )
R. Borgas, Donna Faye Bree, Lisa Michelle  )
Breedlove, Kerwin Brooks, Coppin Ardell  )
Brown,  )    Case No.
Florene J. Brown, Chenitha Lashone  )
Burleson,  )
James Earl Burnett, James Roy Burns,  )    **PLEASE SERVE**
Charles Bynaum, Earnest Carrathus, Clemmie  )
Lee Carter,  )    **Vulcan Materials Company**
Dorlisha Childs, Brenda Clifton, Dennie Faye  )    **c/o Prentice Hall Corporation**
Cooper, Letetia Crear, Ina Sheri Cross, Don  )    **33 N. LaSalle Street**
Ray Darden, Bobbie B. Davis, John Davis,  )    **Chicago, IL 60602**
Jr., Leonard Edward Davis, Walsh Davis,  )
Marcelina Gonzales DeLeon, Billie Jean  )
Denson, Charles Ray DeVault, Tom DeVault,  )
Jasper Dotson, Nathan Ewing, Jr., Frank Lee  )
Ewing, Sr., Ted Alexander Flemings, Alter  )
Mae Fletcher, Ora Nell Ray Ford, Lee  )
George, Jr., Antoinette Denise Grant, Carrie  )
Lee Gray, C.D. Green, Thomas Hank, Jr.,  )
Jimmie Heard, Jr., Lucy Henderson, Wesely  )
Earl Henderson, Carolyn Joyce Henry, Dock  )
Hester, Cantreas Lasha Hogues, Jesse Loyd  )
Hogues, Sr., Luman W. Holloway, Sharon  )
Sue Holloway, Lilly M. Holmes, Charles  )
Jackson, Austin Earl Jackson, Jr., Kesha  )
Lasha Jackson, Minnie Ola Jackson, Thomas  )
Jackson, June Marie Johnson, Ruby Jewel  )
Johnson, Colquitt Kennerson, Pamela Denise  )
Lankster, Jessie Ray Lavan, Patricia A.  )
Lavan, Earlene Lister, Elmer Joan Lister,  )
Felipe Ponce Lopez, Jr., Bobbie Jean  )
Lovings-McCartney, Donaciano E.Martinez,  )
Shaundra Nechell Martinez, Stephanie Nicole  )
Mathis, Briscoe Tyrone, Aneathia Louise  )
Mathis, Marie Mathis, Ruby Lee Mathis,  )
James W. McCoy, Jane G. McCullough,  )
Charles Louis McNeil, Gilbert McNeil, Sr.,  )
James E. Melton, Jr., Clint Molett, Beverly  )
Rose Moore, Sharla Moore, Shirley Ann  )
Moore, Stephanie Elaine Moore,  )
Melanie Chantel Moses, Belinda W. Nichols,  )
Walter Earl Nix, Jr., Lawrence Clarence Nix,  )
Walter Earl Nix, Sr., George Albert Pennie,  )
Luella Ray, Mechernette Redic, Clifton  )

CASHIER: NICOLE

000075-1.4.1 11/01/07 14:20
REF CASE  # 07L 012332
   1 LAW                      50.00
   1 MILEAGE                  10.00
REF SHERIFF # 064604
CASE TOTAL                    60.00 *
            TOTAL            180.00 TL
CHECK I                       60.00

CHECK I                      120.00
CASHIER: NICOLE

Arnold Roberts, Bobbie Jean Robinson,                 )
Rhonda Rogers, Leroy Ross, Helen D. Sams,             )
Elizabeth Sauage, Henry Leon Scarlett,                )
Wanda Faye Scarlett-Bass, Jessie Schultz,             )
Iola Elizabeth Scott, Everlene Sweed,                 )
Angelina Taplin, Eva Clyde Taylor, Russell            )
Charles Taylor, Sr., Jane Thomas, Manuel              )
James Thomas, Patricia A. Tolbert, Floyd              )
Townsend, Sr., Beatrice Townsend-Hurd,                )
Donell Travis, Mary Helen Vasquez, Rita Y.            )
Vasquez, Mae Ruth Watson, Jerome Wheeler,             )
Edward James Williams, Lee Charles                    )
Williams, Lloyd Curtis Williams, Clemon J.            )
Wilson, Shelia Wilson, Martin Wise, Jr.,              )
Clara Woodford, Robert K. Wyatt, Jimmy Lee            )
Blackwell, David Corona, John Lee Darden,             )
Eddie L. Everline, Sr., Melvin Fisher, Charles        )
Lee Norris King, Willie Lavan, Sr., Lupe P.           )
Lopez, James Earl Melton, Sr., Robbie Smith           )
as special administrator of the estate of             )
Andrew James Smith, deceased, Sharon                  )
James as special administrator of the estate of       )
Joyce Marie Houston, deceased, Maggie                 )
Dawson as special administrator of the estate         )
of Versie Bee Lister, deceased, Warren                )
Summer, Jr. as special administrator of the           )
estate of Warren J. Summers, Sr., deceased,           )
Deanya Randle as special administrator of the         )
estate of James Williams, Sr., deceased, and          )
Charlesetta Mayherry as special administrator         )
of the Estate of Robert Wilcox, Jr., deceased,        )
                                                      )
                  *Plaintiffs,*                       )
                                                      )
vs.                                                   )
                                                      )
Burlington Northern Santa Fe Railway                  )
Company, Koppers Industries, Inc., Monsanto           )
Company, Dow Chemical Company, and                    )
Vulcan Materials Company,                             )
                                                      )
                  *Defendants.*                       )

## SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file an appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

David S. Jasmer, LLC
Attorneys for the Plaintiff
111 West Washington Street, Suite 1150
Chicago, Illinois 60602
Telephone Number: 312-782-6344
2007
Atty. No.: 38427

Witness: _____, 2007

_____
Clerk of the Court

Date of service: _____,

To be inserted by officer on copy left with Defendant

NUMBER 072012332    DEPUTY:_____

FILED DT 10-31-2007 RECEIVED DT 11-01-2007 DIE DT 11-20-2007 MULTIPLE SERVICE    1
DEFENDANT                                          ATTORNEY
VULCAN MATERIALS CO.                               DAVID D JASMAR, LLC
33 N LA SALLE ST                                   X
CHICAGO IL 60602                                   X XX. 00000
                                                   312 782-6344
PLAINTIFF VIRDA BELL BULLARD

SERVICE INFORMATION: SP  C/O PRENTICE HALL CORP

**********************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE _____
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME
.....3 SERVICE ON:  CORPORATION X COMPANY ____ BUSINESS ____ PARTNERSHIP ____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL

(B)  THOMAS J. DART, SHERIFF, BY: _____, DEPUTY  3888-

     1  SEX   M/F    RACE  B   AGE 45
     2  NAME OF DEFENDANT VULCAN MATERIALS CO.
        WRIT SERVED ON  MIA  WINTERSMITH  op
     THIS  9  DAY OF  NOV , 20 07  TIME 9:00 A.M./P.M.

     ADDITIONAL REMARKS _____

**********************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.

     TYPE OF BLDG _____          ATTEMPTED SERVICES

     NEIGHBORS NAME _____   DATE      TIME A.M./P.M.

         ADDRESS _____      _____  __:__ ____

         REASON NOT SERVED:                  _____  __:__ ____
     __01 MOVED          __07 EMPLOYER REFUSAL
     __02 NO CONTACT     __08 RETURNED BY ATTY  _____  __:__ ____
     __03 EMPTY LOT      __09 DECEASED
     __04 NOT LISTED     __10 BLDG DEMOLISHED    _____  __:__ ____
     __05 WRONG ADDRESS  __11 NO REGISTERED AGT.
     __06 NO SUCH ADDRESS __12 OTHER REASONS     _____  __:__ ____
                         __13 OUT OF COUNTY
                                                _____  __:__ ____

FEE   .00   MILEAGE   .00   TOTAL   .00 _____          SG04

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Virda Bell Bullard, John G. Alexander, )
Clarence Edward Batts, Sr., Elnora Bell, )
Paulette Blaylock, )
Charles H. Booker, James Roy Booker, John )
R. Borgas, Donna Faye Bree, Lisa Michelle )
Breedlove, Kerwin Brooks, Coppin Ardell )   Case No.
Brown, )
Florene J. Brown, Chenitha Lashone )
Burleson, )
James Earl Burnett, James Roy Burns, )   **PLEASE SERVE**
Charles Bynaum, Earnest Carrathus, Clemmie )
Lee Carter, )   **Koppers Industries, Inc.**
Dorlisha Childs, Brenda Clifton, Dennie Faye )   **c/o Illinois Corporation Service**
Cooper, Letetia Crear, Ina Sheri Cross, Don )   **801 Adlai Stevenson Drive**
Ray Darden, Bobbie B. Davis, John Davis, )   **Springfield, IL 62703**
Jr., Leonard Edward Davis, Walsh Davis, )
Marcelina Gonzales DeLeon, Billie Jean )
Denson, Charles Ray DeVault, Tom DeVault, )
Jasper Dotson, Nathan Ewing, Jr., Frank Lee )
Ewing, Sr., Ted Alexander Flemings, Alter )
Mae Fletcher, Ora Nell Ray Ford, Lee )
George, Jr., Antoinette Denise Grant, Carrie )
Lee Gray, C.D. Green, Thomas Hank, Jr., )
Jimmie Heard, Jr., Lucy Henderson, Wesely )
Earl Henderson, Carolyn Joyce Henry, Dock )
Hester, Cantreas Lasha Hogues, Jesse Loyd )
Hogues, Sr., Luman W. Holloway, Sharon )
Sue Holloway, Lilly M. Holmes, Charles )
Jackson, Austin Earl Jackson, Jr., Kesha )
Lasha Jackson, Minnie Ola Jackson, Thomas )
Jackson, June Marie Johnson, Ruby Jewel )
Johnson, Colquitt Kennerson, Pamela Denise )
Lankster, Jessie Ray Lavan, Patricia A. )
Lavan, Earlene Lister, Elmer Joan Lister, )
Felipe Ponce Lopez, Jr., Bobbie Jean )
Lovings-McCartney, Donaciano E.Martinez, )
Shaundra Nechell Martinez, Stephanie Nicole )
Mathis, Briscoe Tyrone, Aneathia Louise )
Mathis, Marie Mathis, Ruby Lee Mathis, )
James W. McCoy, Jane G. McCullough, )
Charles Louis McNeil, Gilbert McNeil, Sr., )
James E. Melton, Jr., Clint Molett, Beverly )
Rose Moore, Sharla Moore, Shirley Ann )
Moore, Stephanie Elaine Moore, )
Melanie Chantel Moses, Belinda W. Nichols, )
Walter Earl Nix, Jr., Lawrence Clarence Nix, )
Walter Earl Nix, Sr., George Albert Pennie, )
Luella Ray, Mechernette Redic, Clifton )





Arnold Roberts, Bobbie Jean Robinson, )
Rhonda Rogers, Leroy Ross, Helen D. Sams, )
Elizabeth Sauage, Henry Leon Scarlett, )
Wanda Faye Scarlett-Bass, Jessie Schultz, )
Iola Elizabeth Scott, Everlene Sweed, )
Angelina Taplin, Eva Clyde Taylor, Russell )
Charles Taylor, Sr., Jane Thomas, Manuel )
James Thomas, Patricia A. Tolbert, Floyd )
Townsend, Sr., Beatrice Townsend-Hurd, )
Donell Travis, Mary Helen Vasquez, Rita Y. )
Vasquez, Mae Ruth Watson, Jerome Wheeler, )
Edward James Williams, Lee Charles )
Williams, Lloyd Curtis Williams, Clemon J. )
Wilson, Shelia Wilson, Martin Wise, Jr., )
Clara Woodford, Robert K. Wyatt, Jimmy Lee )
Blackwell, David Corona, John Lee Darden, )
Eddie L. Everline, Sr., Melvin Fisher, Charles )
Lee Norris King, Willie Lavan, Sr., Lupe P. )
Lopez, James Earl Melton, Sr., Robbie Smith )
as special administrator of the estate of )
Andrew James Smith, deceased, Sharon )
James as special administrator of the estate of )
Joyce Marie Houston, deceased, Maggie )
Dawson as special administrator of the estate )
of Versie Bee Lister, deceased, Warren )
Summer, Jr. as special administrator of the )
estate of Warren J. Summers, Sr., deceased, )
Deanya Randle as special administrator of the )
estate of James Williams, Sr., deceased, and )
Charlesetta Mayherry as special administrator )
of the Estate of Robert Wilcox, Jr., deceased, )
                                                    )
            *Plaintiffs,*                           )
                                                    )
vs.                                                 )
                                                    )
Burlington Northern Santa Fe Railway                )
Company, Koppers Industries, Inc., Monsanto         )
Company, Dow Chemical Company, and                  )
Vulcan Materials Company,                           )
                                                    )
            *Defendants.*                           )

## <u>SUMMONS</u>

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file an appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Witness: _____, 2007

David S. Jasmer, LLC
Attorneys for the Plaintiff
111 West Washington Street, Suite 1150
Chicago, Illinois 60602
Telephone Number: 312-782-6344
2007
Atty. No.: 38427

OCT 31 2007

Clerk of the Court

Date of service: _____,

To be inserted by officer on copy left with Defendant



## SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

2007 NOV -9 PM 2: 27
*NEIL M. WILLIAMSON*
DON D #1 Sheriffs Plaza
CLERK OF THE CU
Springfield, Illinois 62701

Administration - (217) 753-6855 -
Civil Process/Records - (217) 753-6846

Investigations - (217) 753-6840
Corrections - (217) 753-6886

I, __Donald Schuh #4267__ certify that I served this summons as follows:

☒

Corporation service, by leaving a copy of the summons and
complaint with an agent or officer of the corporation listed in
the summons.

☐  Other: _____

Case Number __2007 L 012332__

Name of defendant __Kopper Industries, inc__
C/O ILL,Corp.inc.

Name of other person
Summons left with __Jan Allen__

Sex  (Female ) Race: __White__ Approx. age __40's__

Date of Service __11/6/07__  Time __10 30 am__

Address at which paper was served:

_____801 Stevenson Dr._____

_____Springfield,Il_____

Service fees : __$30.00__

Neil Williamson, Sheriff of Sangamon County

By, _____, Civil Process Officer

IN PARTNERSHIP WITH THE COMMUNITY

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Virda Bell Bullard, John G. Alexander,
Clarence Edward Batts, Sr., Elnora Bell,
Paullette Blaylock,
Charles H. Booker, James Roy Booker, John
R. Borgas, Donna Faye Bree, Lisa Michelle
Breedlove, Kerwin Brooks, Coppin Ardell
Brown,
Florene J. Brown, Chenitha Lashone
Burleson,
James Earl Burnett, James Roy Burns,
Charles Bynaum, Earnest Carrathus, Clemmie
Lee Carter,
Dorlisha Childs, Brenda Clifton, Dennie Faye
Cooper, Letetia Crear, Ina Sheri Cross, Don
Ray Darden, Bobbie B. Davis, John Davis, Jr.,
Leonard Edward Davis, Walsh Davis,
Marcelina Gonzales DeLeon, Billie Jean
Denson, Charles Ray DeVault, Tom DeVault,
Jasper Dotson, Nathan Ewing, Jr., Frank Lee
Ewing, Sr., Ted Alexander Flemings, Alter
Mae Fletcher, Ora Nell Ray Ford, Lee
George, Jr., Antoinette Denise Grant, Carrie
Lee Gray, C.D. Green, Thomas Hank, Jr.,
Jimmie Heard, Jr., Lucy Henderson, Wesely
Earl Henderson, Carolyn Joyce Henry, Dock
Hester, Cantreas Lasha Hogues, Jesse Loyd
Hogues, Sr., Luman W. Holloway, Sharon
Sue Holloway, Lilly M. Holmes, Charles
Jackson, Austin Earl Jackson, Jr., Kesha
Lasha Jackson, Minnie Ola Jackson, Thomas
Jackson, June Marie Johnson, Ruby Jewel
Johnson, Colquitt Kennerson, Pamela Denise
Lankster, Jessie Ray Lavan, Patricia A.
Lavan, Earlene Lister, Elmer Joan Lister,
Felipe Ponce Lopez, Jr., Bobbie Jean
Lovings-McCartney, Donaciano E.Martinez,
Shaundra Nechell Martinez, Stephanie Nicole
Mathis,  Briscoe Tyrone, Aneathia Louise
Mathis, Marie Mathis, Ruby Lee Mathis,
James W. McCoy, Jane G. McCullough,
Charles Louis McNeil, Gilbert McNeil, Sr.,
James E. Melton, Jr.,
Clint Molett, Beverly Rose Moore, Sharla
Moore,
Shirley Ann Moore, Stephanie Elaine Moore,

Melanie Chantel Moses, Belinda W. Nichols,
Walter Earl Nix, Jr., Lawrence Clarence Nix,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2007 NOV -9  PM 2: 27

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY

Case No.

**PLEASE SERVE**

**Monsanto Company**
**c/o Illinois Corporation Service**
**801 Adlai Stevenson Drive**
**Springfield, IL  62703**





360303
30°°

Walter Earl Nix, Sr., George Albert Pennie,                     )
Luella Ray, Mechernette Redic, Clifton                          )
Arnold Roberts, Bobbie Jean Robinson,                           )
Rhonda Rogers, Leroy Ross, Helen D. Sams,                       )
Elizabeth Sauage, Henry Leon Scarlett,                          )
Wanda Faye Scarlett-Bass, Jessie Schultz,                       )
Iola Elizabeth Scott, Everlene Sweed,                           )
Angelina Taplin, Eva Clyde Taylor, Russell                      )
Charles Taylor, Sr., Jane Thomas, Manuel                        )
James Thomas, Patricia A. Tolbert, Floyd                        )
Townsend, Sr., Beatrice Townsend-Hurd,                          )
Donell Travis, Mary Helen Vasquez, Rita Y.                      )
Vasquez, Mae Ruth Watson, Jerome Wheeler,                       )
Edward James Williams, Lee Charles                              )
Williams, Lloyd Curtis Williams, Clemon J.                      )
Wilson, Shelia Wilson, Martin Wise, Jr.,                        )
Clara Woodford, Robert K. Wyatt, Jimmy Lee                      )
Blackwell, David Corona, John Lee Darden,                       )
Eddie L. Everline, Sr., Melvin Fisher, Charles                  )
Lee Norris King, Willie Lavan, Sr., Lupe P.                     )
Lopez, James Earl Melton, Sr., Robbie Smith                     )
as special administrator of the estate of                       )
Andrew James Smith, deceased, Sharon                            )
James as special administrator of the estate of                 )
Joyce Marie Houston, deceased, Maggie                           )
Dawson as special administrator of the estate                   )
of Versie Bee Lister, deceased, Warren                          )
Summer, Jr. as special administrator of the                     )
estate of Warren J. Summers, Sr., deceased,                     )
Deanya Randle as special administrator of the                   )
estate of James Williams, Sr., deceased, and                    )
Charlesetta Mayherry as special administrator                   )
of the Estate of Robert Wilcox, Jr., deceased,                  )
                                                                )
                        *Plaintiffs,*                           )
                                                                )
vs.                                                             )
                                                                )
Burlington Northern Santa Fe Railway                            )
Company, Koppers Industries, Inc., Monsanto                     )
Company, Dow Chemical Company, and                              )
Vulcan Materials Company,                                       )
                                                                )
                        *Defendants.*                           )

## SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file an appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

David S. Jasmer, LLC
Attorneys for the Plaintiff
111 West Washington Street, Suite 1150
Chicago, Illinois 60602
Telephone Number: 312-782-6344
2007
Atty. No.: 38427

Witness: _____

_____
Clerk of the Court

OCT 31 2007

Date of service: _____,

To be inserted by officer on copy left with Defendant



## SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

FILED B - 7
2007 NOV -9 PM 2:27
DOROTHY BROWN
CLERK OF THE CIRCUIT
OF COOK COUNTY

NEIL M. WILLIAMSON
#1 Sheriffs Plaza
Springfield, Illinois 62701

Administration - (217) 753-6855 -
Civil Process/Records - (217) 753-6846

Investigations - (217) 753-6840
Corrections - (217) 753-6886

I, **Donald Schuh #4267** certify that I served this summons as follows:

☒ **Corporation service**, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ Other: _____

Case Number _2007 L 012332_

Name of defendant _Monsanto Co_
C/O ILL, Corp. inc.

Name of other person
Summons left with___Jan Allen___

Sex  (Female ) Race: **White** Approx. age    40's

Date of Service _11/6/07_    Time _1030_

Address at which paper was served:

____801 Stevenson Dr.____

____Springfield, Il____

Service fees : _$30.00_

Neil Williamson, Sheriff of Sangamon County

By, _____, Civil Process Officer

## IN PARTNERSHIP WITH THE COMMUNITY

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Virda Bell Bullard, John G. Alexander, )
Clarence Edward Batts, Sr., Elnora Bell, )
Paullette Blaylock, )
Charles H. Booker, James Roy Booker, John )
R. Borgas, Donna Faye Bree, Lisa Michelle )
Breedlove, Kerwin Brooks, Coppin Ardell )   Case No.
Brown, )
Florene J. Brown, Chenitha Lashone )
Burleson, )
James Earl Burnett, James Roy Burns, )   **PLEASE SERVE**
Charles Bynaum, Earnest Carrathus, Clemmie )
Lee Carter, )   **Burlington Northern and Santa Fe**
Dorlisha Childs, Brenda Clifton, Dennie Faye )   **Railway Corporation**
Cooper, Letetia Crear, Ina Sheri Cross, Don )   **c/o CT Corporation System**
Ray Darden, Bobbie B. Davis, John Davis, )   **208 S. LaSalle Street, Suite 814**
Jr., Leonard Edward Davis, Walsh Davis, )   **Chicago, IL  60604**
Marcelina Gonzales DeLeon, Billie Jean )
Denson, Charles Ray DeVault, Tom DeVault, )
Jasper Dotson, Nathan Ewing, Jr., Frank Lee )
Ewing, Sr., Ted Alexander Flemings, Alter )
Mae Fletcher, Ora Nell Ray Ford, Lee )
George, Jr., Antoinette Denise Grant, Carrie )
Lee Gray, C.D. Green, Thomas Hank, Jr., )
Jimmie Heard, Jr., Lucy Henderson, Wesely )
Earl Henderson, Carolyn Joyce Henry, Dock )
Hester, Cantreas Lasha Hogues, Jesse Loyd )
Hogues, Sr., Luman W. Holloway, Sharon )
Sue Holloway, Lilly M. Holmes, Charles )
Jackson, Austin Earl Jackson, Jr., Kesha )
Lasha Jackson, Minnie Ola Jackson, Thomas )
Jackson, June Marie Johnson, Ruby Jewel )
Johnson, Colquitt Kennerson, Pamela Denise )
Lankster, Jessie Ray Lavan, Patricia A. )
Lavan, Earlene Lister, Elmer Joan Lister, )
Felipe Ponce Lopez, Jr., Bobbie Jean )
Lovings-McCartney, Donaciano E.Martinez, )
Shaundra Nechell Martinez, Stephanie Nicole )
Mathis,  Briscoe Tyrone, Aneathia Louise )
Mathis, Marie Mathis, Ruby Lee Mathis, )
James W. McCoy, Jane G. McCullough, )
Charles Louis McNeil, Gilbert McNeil, Sr., )
James E. Melton, Jr., Clint Molett, Beverly )
Rose Moore, Sharla Moore, Shirley Ann )
Moore, Stephanie Elaine Moore, )
Melanie Chantel Moses, Belinda W. Nichols, )
Walter Earl Nix, Jr., Lawrence Clarence Nix, )
Walter Earl Nix, Sr., George Albert Pennie, )
Luella Ray, Mechernette Redic, Clifton )

CASHIER: NICOLE

Q00074-1.4.1 11/01/07 14:20
REF CASE   # 07L 012332
  1 LAW                          50.00
  1 MILEAGE                      10.00
REF SHERIFF # 064601
CASE TOTAL                       60.00 *

Arnold Roberts, Bobbie Jean Robinson,                    )
Rhonda Rogers, Leroy Ross, Helen D. Sams,                )
Elizabeth Sauage, Henry Leon Scarlett,                   )
Wanda Faye Scarlett-Bass, Jessie Schultz,                )
Iola Elizabeth Scott, Everlene Sweed,                    )
Angelina Taplin, Eva Clyde Taylor, Russell               )
Charles Taylor, Sr., Jane Thomas, Manuel                 )
James Thomas, Patricia A. Tolbert, Floyd                 )
Townsend, Sr., Beatrice Townsend-Hurd,                   )
Donell Travis, Mary Helen Vasquez, Rita Y.               )
Vasquez, Mae Ruth Watson, Jerome Wheeler,                )
Edward James Williams, Lee Charles                       )
Williams, Lloyd Curtis Williams, Clemon J.               )
Wilson, Shelia Wilson, Martin Wise, Jr.,                 )
Clara Woodford, Robert K. Wyatt, Jimmy Lee               )
Blackwell, David Corona, John Lee Darden,                )
Eddie L. Everline, Sr., Melvin Fisher, Charles           )
Lee Norris King, Willie Lavan, Sr., Lupe P.              )
Lopez, James Earl Melton, Sr., Robbie Smith              )
as special administrator of the estate of                )
Andrew James Smith, deceased, Sharon                     )
James as special administrator of the estate of          )
Joyce Marie Houston, deceased, Maggie                    )
Dawson as special administrator of the estate            )
of Versie Bee Lister, deceased, Warren                   )
Summer, Jr. as special administrator of the              )
estate of Warren J. Summers, Sr., deceased,              )
Deanya Randle as special administrator of the            )
estate of James Williams, Sr., deceased, and             )
Charlesetta Mayherry as special administrator            )
of the Estate of Robert Wilcox, Jr., deceased,           )
                                                         )
            *Plaintiffs,*                                 )
                                                         )
vs.                                                      )
                                                         )
Burlington Northern Santa Fe Railway                     )
Company, Koppers Industries, Inc., Monsanto              )
Company, Dow Chemical Company, and                       )
Vulcan Materials Company,                                )
                                                         )
            *Defendants.*                                 )

## SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file an appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois  60602) within 30 days after service of this summons, not counting the day of service.

## IF YOU FAIL TO DO SO, A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Witness: _____, 200___

David S. Jasmer, LLC
Attorneys for the Plaintiff
111 West Washington Street, Suite 1150
Chicago, Illinois 60602
Telephone Number:  312-782-6344
2007
Atty. No.: 38427

_____
Clerk of the Court

Date of service: _____,

To be inserted by officer on copy left with Defendant

TY... SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS DISTRICT 010

SHERIFF'S NUMBER 064601-101L CASE NUMBER 07L012332 DEPUTY: **STROM 3696-**

FILED DT 11-01-2007 RECEIVED DT 11-01-2007 DIE DT 11-21-2007 MULTIPLE SERVICE 1
DEFENDANT                                              ATTORNEY
BURLINGTON NORTHERN AND SANTA FE RAILWAY CORP          DAVID S JASMER
208 S LA SALLE ST                                      X
CHICAGO IL 60604                                       X XX. 00000
814                                                    312 782-6344
PLAINTIFF VIRDA BELL BULLARD

SERVICE INFORMATION: VS    C/O CT CORP SYSTEM

*****************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
                DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME
.....3 SERVICE ON:  CORPORATION X COMPANY____ BUSINESS____ PARTNERSHIP____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL____

(B)  THOMAS J. DART, SHERIFF, BY: _____, DEPUTY 3696-

   1  SEX   M/F   RACE 4   AGE 32
   2  NAME OF DEFENDANT BURLINGTON NORTHERN AND SANTA FE RAILWAY CORP
      WRIT SERVED ON _____
      THIS 8 DAY OF NOV, 2007 TIME 11:30 A.M. P.M.

   ADDITIONAL REMARKS _____

*****************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

   TYPE OF BLDG _____          ATTEMPTED SERVICES

NEIGHBORS NAME _____     DATE        TIME A.M./P.M.

   ADDRESS _____          _____  ___:___ ____

      REASON NOT SERVED:
                      07 EMPLOYER REFUSAL     _____  ___:___ ____
   01 MOVED           08 RETURNED BY ATTY     _____  ___:___ ____
   02 NO CONTACT      09 DECEASED             _____  ___:___ ____
   03 EMPTY LOT       10 BLDG DEMOLISHED      _____  ___:___ ____
   04 NOT LISTED      11 NO REGISTERED AGT.
   05 WRONG ADDRESS   12 OTHER REASONS        _____  ___:___ ____
   06 NO SUCH ADDRESS 13 OUT OF COUNTY        _____  ___:___ ____

                                             _____  ___:___ ____

FEE   .00   MILEAGE   .00   TOTAL   .00                    SG26

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

WARREN SUMMERS, As Special          )
Administrator of the Estate of          )      NO. 07L12332
WARREN J. SUMMERS, SR., Deceased  )

## ORDER

      This cause coming to be heard on Petitioner's Motion, due notice given, and the Court being fully advised in the premises herein:

      1.    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that WARREN SUMMERS be and hereby is appointed Special Administrator of the Estate of WARREN J. SUMMERS, SR., Deceased;

      2.    IT IS FURTHER ORDERED that leave be and the same hereby is granted for Plaintiff to file, <u>instanter</u>, his Complaint at Law.

ENTER:



**DAVID S. JASMER, LLC**
Attorneys for the Petitioner
111 West Washington St., Suite 1150
Chicago, Illinois 60602
(312) 782-6344
Atty. No. 38427

ENTERED
JUDGE DONALD J. O'BRIEN, JR. -0273
OCT 3 1 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

MAGGIE DAWSON, As Special )
Administrator of the Estate of ) NO. 07L12332
VERSIE BEE LISTER, Deceased )

### ORDER

    This cause coming to be heard on Petitioner's Motion, due notice given, and the Court being fully advised in the premises herein:

    1.   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that MAGGIE DAWSON be and hereby is appointed Special Administrator of the Estate of VERSIE BEE LISTER, Deceased;

    2.   IT IS FURTHER ORDERED that leave be and the same hereby is granted for Plaintiff to file, <u>instanter</u>, her Complaint at Law.

ENTER:

_____

**DAVID S. JASMER, LLC**
Attorneys for the Petitioner
111 West Washington St., Suite 1150
Chicago, Illinois 60602
(312) 782-6344
Atty. No. 38427

ENTERED
JUDGE DONALD J. O'BRIEN, JR.-0273

OCT 3 1 2007

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

CC
J.M.

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

CHARLESETTA MAYHERRY, As          )
Special Administrator of the Estate of   )    NO.  07L 12332
ROBERT WILCOX, JR., Deceased      )

### ORDER

    This cause coming to be heard on Petitioner's Motion, due notice given, and the Court being fully advised in the premises herein:

    1.   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that CHARLESETTA MAYHERRY be and hereby is appointed Special Administrator of the Estate of ROBERT WILCOX, JR., Deceased;

    2.   IT IS FURTHER ORDERED that leave be and the same hereby is granted for Plaintiff to file, _instanter_, her Complaint at Law.

ENTER:



_____

DAVID S. JASMER, LLC
Attorneys for the Petitioner
111 West Washington St., Suite 1150
Chicago, Illinois 60602
(312) 782-6344
Atty. No. 38427

ENTERED
JUDGE DONALD J. O'BRIEN, JR.-0273

OCT 3 1 2007

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

SHARON JAMES, As Special ) 
Administrator of the Estate of ) NO. 07 L 12332
JOYCE MARIE HOUSTON, Deceased )

### ORDER

This cause coming to be heard on Petitioner's Motion, due notice given, and the Court being fully advised in the premises herein:

1.     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that SHARON JAMES be and hereby is appointed Special Administrator of the Estate of JOYCE MARIE HOUSTON, Deceased;

2.     IT IS FURTHER ORDERED that leave be and the same hereby is granted for Plaintiff to file, <u>instanter</u>, her Complaint at Law.

ENTER:

JB

**DAVID S. JASMER, LLC**
Attorneys for the Petitioner
111 West Washington St., Suite 1150
Chicago, Illinois 60602
(312) 782-6344
Atty. No. 38427

**ENTERED**
JUDGE DONALD J. O'BRIEN, JR.-0273

OCT 3 1 2007

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

DEANYA RANDLE, As Special )
Administrator of the Estate of )    NO. 07L12332
JAMES WILLIAMS, SR., Deceased )

**ORDER**

This cause coming to be heard on Petitioner's Motion, due notice given, and the Court being fully advised in the premises herein:

1.    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that DEANYA RANDLE be and hereby is appointed Special Administrator of the Estate of JAMES WILLIAMS, SR., Deceased;

2.    IT IS FURTHER ORDERED that leave be and the same hereby is granted for Plaintiff to file, <u>instanter</u>, her Complaint at Law.

ENTER:

_____

**DAVID S. JASMER, LLC**
Attorneys for the Petitioner
111 West Washington St., Suite 1150
Chicago, Illinois 60602
(312) 782-6344
Atty. No. 38427

ENTERED
JUDGE DONALD J. O'BRIEN, JR.-0273
OCT 3 1 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

CHARLESETTA MAYHERRY, As    )
Special Administrator of the Estate of   )    NO.
ROBERT WILCOX, JR., Deceased    )

<u>**PETITION TO APPOINT SPECIAL ADMINISTRATOR**</u>

NOW COMES Petitioner, CHARLESETTA MAYHERRY, by her attorneys,

WATTS LAW FIRM, L.L.P. and DAVID S. JASMER, LLC, and moves this

Honorable Court for the entry of an order appointing her Special Administrator

of the Estate of ROBERT WILCOX, JR., deceased, and for leave to file, *instanter,*

her complaint at law.  In support thereof, Petitioner states:

1.     On October 9, 2007, ROBERT WILCOX, JR. died.

2.     ROBERT WILCOX, JR. left surviving his niece, CHARLESETTA

MAYHERRY, the Petitioner, his spouse, Leola Wilcox, and his sister, Billy Jean

Faggett, all of whom are his next of kin.

3.     The decedent, ROBERT WILCOX, JR., died intestate without a will,

and no Letters of Administration have been issued; the sole asset of the estate is

this cause of action.

4.     The Petitioner, CHARLESETTA MAYHERRY, is duly qualified to

be Special Administrator of the Estate of ROBERT WILCOX, JR.

WHEREFORE, the Petitioner, CHARLESETTA MAYHERRY, moves this

Honorable Court for the entry of an order appointing her Special Administrator

of the Estate of ROBERT WILCOX, JR., deceased, and for leave to file, *instanter*, her complaint at law.

DAVID S. JASMER, LLC

By: *David Jasmer*

David S. Jasmer

**DAVID S. JASMER, LLC**
Attorneys for the Petitioner
111 West Washington St., Suite 1150
Chicago, Illinois 60602
(312) 782-6344
Atty. No. 38427

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

MAGGIE DAWSON, As Special    )
Administrator of the Estate of    )    NO.
VERSIE BEE LISTER, Deceased    )

## PETITION TO APPOINT SPECIAL ADMINISTRATOR

NOW COMES Petitioner, MAGGIE DAWSON, by her attorneys, WATTS

LAW FIRM, L.L.P. and DAVID S. JASMER, LLC, and moves this Honorable

Court for the entry of an order appointing her Special Administrator of the Estate

of VERSIE BEE LISTER, deceased, and for leave to file, *instanter,* her complaint at

law. In support thereof, Petitioner states:

    1.    On September 11, 2006, VERSIE BEE LISTER died.

    2.    VERSIE BEE LISTER left surviving her daughter, MAGGIE

DAWSON, the Petitioner, and her siblings, Regina Greenwood and Sandor Lee

Lister, all of whom are her next of kin.

    3.    The decedent, VERSIE BEE LISTER, died intestate without a will,

and no Letters of Administration have been issued; the sole asset of the estate is

this cause of action.

    4.    The Petitioner, MAGGIE DAWSON, is duly qualified to be Special

Administrator of the Estate of VERSIE BEE LISTER.

WHEREFORE, the Petitioner, MAGGIE DAWSON, moves this Honorable

Court for the entry of an order appointing her Special Administrator of the Estate

of VERSIE BEE LISTER, deceased, and for leave to file, *instanter*, her complaint at

law.

DAVID S. JASMER, LLC


By: _David Jasmer_
David S. Jasmer


**DAVID S. JASMER, LLC**
Attorneys for the Petitioner
111 West Washington St., Suite 1150
Chicago, Illinois 60602
(312) 782-6344
Atty. No. 38427

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

DEANYA RANDLE, As Special )
Administrator of the Estate of )  NO.
JAMES WILLIAMS, SR., Deceased )

## PETITION TO APPOINT SPECIAL ADMINISTRATOR

NOW COMES Petitioner, DEANYA RANDLE, by her attorneys, WATTS

LAW FIRM, L.L.P. and DAVID S. JASMER, LLC, and moves this Honorable

Court for the entry of an order appointing her Special Administrator of the Estate

of JAMES WILLIAMS, SR., deceased, and for leave to file, *instanter,* her

complaint at law. In support thereof, Petitioner states:

1.    On February 13, 2007, JAMES WILLIAMS, SR. died.

2.    JAMES WILLIAMS, SR. left surviving his daughter, DEANYA

RANDLE, the Petitioner, his wife, Emily Williams, and his siblings, Curtis

Williams, Alta Mae Fletcher and Irma Jackson, all of whom are his next of kin.

3.    The decedent, JAMES WILLIAMS, SR., died intestate without a

will, and no Letters of Administration have been issued; the sole asset of the

estate is this cause of action.

4.    The Petitioner, DEANYA RANDLE, is duly qualified to be Special

Administrator of the Estate of JAMES WILLIAMS, SR.

WHEREFORE, the Petitioner, DEANYA RANDLE, moves this Honorable

Court for the entry of an order appointing her Special Administrator of the Estate

of JAMES WILLIAMS, SR., deceased, and for leave to file, *instanter*, her

complaint at law.

DAVID S. JASMER, LLC

By: _David Jasme_

David S. Jasmer

**DAVID S. JASMER, LLC**
Attorneys for the Petitioner
111 West Washington St., Suite 1150
Chicago, Illinois 60602
(312) 782-6344
Atty. No. 38427

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

WARREN SUMMERS, As Special       )
Administrator of the Estate of          )          NO.
WARREN J. SUMMERS, SR., Deceased  )

## PETITION TO APPOINT SPECIAL ADMINISTRATOR

NOW COMES Petitioner, WARREN SUMMERS, by his attorneys, WATTS

LAW FIRM, L.L.P. and DAVID S. JASMER, LLC, and moves this Honorable

Court for the entry of an order appointing him Special Administrator of the

Estate of WARREN J. SUMMERS, SR., deceased, and for leave to file, *instanter,*

his complaint at law.  In support thereof, Petitioner states:

1.      On July 4, 2006, WARREN J. SUMMERS, SR. died.

2.      WARREN J. SUMMERS, SR. left surviving his son, WARREN

SUMMERS, the Petitioner, and his brother, Alberto Wilson, all of whom are his

next of kin.

3.      The decedent, WARREN J. SUMMERS, SR., died intestate without a

will, and no Letters of Administration have been issued; the sole asset of the

estate is this cause of action.

4.      The Petitioner, WARREN SUMMERS, is duly qualified to be

Special Administrator of the Estate of WARREN J. SUMMERS, SR.

WHEREFORE, the Petitioner, WARREN SUMMERS, moves this

Honorable Court for the entry of an order appointing him Special Administrator

of the Estate of WARREN J. SUMMERS, SR., deceased, and for leave to file,

*instanter*, his complaint at law.

DAVID S. JASMER, LLC


By: _David Jasmer_
        David S. Jasmer


**DAVID S. JASMER, LLC**
Attorneys for the Petitioner
111 West Washington St., Suite 1150
Chicago, Illinois 60602
(312) 782-6344
Atty. No. 38427

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

SHARON JAMES, As Special    )
Administrator of the Estate of    )    NO.
JOYCE MARIE HOUSTON, Deceased    )

## PETITION TO APPOINT SPECIAL ADMINISTRATOR

NOW COMES Petitioner, SHARON JAMES, by her attorneys, WATTS LAW FIRM, L.L.P. and DAVID S. JASMER, LLC, and moves this Honorable Court for the entry of an order appointing her as Special Administrator of the Estate of JOYCE MARIE HOUSTON, deceased, and for leave to file, *instanter,* her complaint at law. In support thereof, Petitioner states:

1.    On September 2, 2007, JOYCE MARIE HOUSTON died.

2.    JOYCE MARIE HOUSTON left surviving her daughter, SHARON JAMES, the Petitioner, and five brothers, Samuel Cunningham, Jr., Norman Cunningham, Wilson Cunningham, Andre Cunningham, and David Cunningham, all of whom are her next of kin.

3.    The decedent, JOYCE MARIE HOUSTON, died intestate without a will, and no Letters of Administration have been issued; the sole asset of the estate is this cause of action.

4.    The Petitioner, SHARON JAMES, is duly qualified to be Special Administrator of the Estate of JOYCE MARIE HOUSTON.

WHEREFORE, the Petitioner, SHARON JAMES, moves this Honorable Court for the entry of an order appointing her Special Administrator of the Estate of JOYCE MARIE HOUSTON, deceased, and for leave to file, *instanter*, her complaint at law.

DAVID S. JASMER, LLC

By: *David Jasmer*

David S. Jasmer

**DAVID S. JASMER, LLC**
Attorneys for the Petitioner
111 West Washington St., Suite 1150
Chicago, Illinois 60602
(312) 782-6344
Atty. No. 38427

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Virda Bell Bullard, John G. Alexander, Clarence )
Edward Batts, Sr., Elnora Bell, Paullette Blaylock, )
Charles H. Booker, James Roy Booker, John R. )
Borgas, Donna Faye Bree, Lisa Michelle )
Breedlove, Kerwin Brooks, Coppin Ardell Brown, )
Florene J. Brown, Chenitha Lashone Burleson, )   Case No.
James Earl Burnett, James Roy Burns, Charles )
Bynaum, Earnest Carrathus, Clemmie Lee Carter, )
Dorlisha Childs, Brenda Clifton, Dennie Faye )   **JURY DEMAND**
Cooper, Letetia Crear, Ina Sheri Cross, Don Ray )
Darden, Bobbie B. Davis, John Davis, Jr., )
Leonard Edward Davis, Walsh Davis, Marcelina )
Gonzales DeLeon, Billie Jean Denson, Charles )
Ray DeVault, Tom DeVault, Jasper Dotson, )
Nathan Ewing, Jr., Frank Lee Ewing, Sr., Ted )
Alexander Flemings, Alter Mae Fletcher, Ora Nell )
Ray Ford, Lee George, Jr., Antoinette Denise )
Grant, Carrie Lee Gray, C.D. Green, Thomas )
Hank, Jr., Jimmie Heard, Jr., Lucy Henderson, )
Wesely Earl Henderson, Carolyn Joyce Henry, )
Dock Hester, Cantreas Lasha Hogues, Jesse Loyd )
Hogues, Sr., Luman W. Holloway, Sharon Sue )
Holloway, Lilly M. Holmes, Charles Jackson, )
Austin Earl Jackson, Jr., Kesha Lasha Jackson, )
Minnie Ola Jackson, Thomas Jackson, June Marie )
Johnson, Ruby Jewel Johnson, Colquitt )
Kennerson, Pamela Denise Lankster, Jessie Ray )
Lavan, Patricia A. Lavan, Earlene Lister, Elmer )
Joan Lister, Felipe Ponce Lopez, Jr., Bobbie Jean )
Lovings-McCartney, Donaciano E.Martinez, )
Shaundra Nechell Martinez, Stephanie Nicole )
Mathis,  Briscoe Tyrone, Aneathia Louise Mathis, )
Marie Mathis, Ruby Lee Mathis, James W. )
McCoy, Jane G. McCullough, Charles Louis )
McNeil, Gilbert McNeil, Sr., James E. Melton, Jr., )
Clint Molett, Beverly Rose Moore, Sharla Moore, )
Shirley Ann Moore, Stephanie Elaine Moore, )
Melanie Chantel Moses, Belinda W. Nichols, )
Walter Earl Nix, Jr., Lawrence Clarence Nix, )
Walter Earl Nix, Sr., George Albert Pennie, )
Luella Ray, Mechernette Redic, Clifton Arnold )
Roberts, Bobbie Jean Robinson, Rhonda Rogers, )
Leroy Ross, Helen D. Sams, Elizabeth Sauage, )
Henry Leon Scarlett, Wanda Faye Scarlett-Bass, )
Jessie Schultz, Iola Elizabeth Scott, Everlene )
Sweed, Angelina Taplin, Eva Clyde Taylor, )
Russell Charles Taylor, Sr., Jane Thomas, Manuel )
James Thomas, Patricia A. Tolbert, Floyd )

Townsend, Sr., Beatrice Townsend-Hurd, Donell )
Travis, Mary Helen Vasquez, Rita Y. Vasquez, )
Mae Ruth Watson, Jerome Wheeler, Edward )
James Williams, Lee Charles Williams, )
Lloyd Curtis Williams, Clemon J. Wilson, Shelia )
Wilson, Martin Wise, Jr., Clara Woodford, Robert )
K. Wyatt, Jimmy Lee Blackwell, David Corona, )
John Lee Darden, Eddie L. Everline, Sr., Melvin )
Fisher, Charles Lee Norris King, Willie Lavan, )
Sr., Lupe P. Lopez, James Earl Melton, Sr., )
Robbie Smith as special administrator of the )
estate of Andrew James Smith, deceased, Sharon )
James as special administrator of the estate of )
Joyce Marie Houston, deceased, Maggie Dawson )
as special administrator of the estate of Versie )
Bee Lister, deceased, Warren Summer, Jr. as )
special administrator of the estate of Warren J. )
Summers, Sr., deceased, Deanya Randle as )
special administrator of the estate of James )
Williams, Sr., deceased, and Charlesetta )
Mayherry as special administrator of the Estate of )
Robert Wilcox, Jr., deceased, )
                                          )
                   *Plaintiffs,*          )
                                          )
vs.                                       )
                                          )
Burlington Northern Santa Fe Railway Company, )
Koppers Industries, Inc., Monsanto Company, )
Dow Chemical Company, and Vulcan Materials )
Company,                                  )
                                          )
                   *Defendants.*          )

## JURY DEMAND

NOW COME Plaintiffs, Virda Bell Bullard, et al., by their attorneys, WATTS LAW FIRM

and DAVID S. JASMER, LLC, and hereby demand a trial by jury pursuant to 735 ILCS 5/2-

1105.

DAVID S. JASMER, LLC

By: _____
          David S. Jasmer

2

**DAVID S. JASMER, LLC**
Attorneys for the Plaintiffs
111 West Washington St., Suite 1150
Chicago, Illinois 60602
(312) 782-6344
Atty. No. 38427