**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
DECEMBER 6, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

VIRDA BELL BULLARD, et al.,
  Plaintiffs,
v.
BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, et al.,   Defendants.

Case Number: **07 C 6883**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Koppers Inc.

| | |
|---|---|
| NAME (Type or print) <br> Robert L. Shuftan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert L. Shuftan | |
| FIRM <br> Wildman, Harrold, Allen & Dixon LLP | |
| STREET ADDRESS <br> 225 W. Wacker Drive, #2800 | |
| CITY/STATE/ZIP <br> Chicago, IL  60606-1229 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3124475 | TELEPHONE NUMBER <br> (312) 201-2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |