FILED
DECEMBER 6, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

VIRDA BELL BULLARD, et al.,
                Plaintiffs,

v.

BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, et al.,    Defendants.

Case Number: **07 C 6883**

JUDGE KENNELLY
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Koppers Inc.

| | |
|---|---|
| NAME (Type or print) | Paul K. Freeborn |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Paul K. Freeborn |
| FIRM | Wildman, Harrold, Allen & Dixon LLP |
| STREET ADDRESS | 225 W. Wacker Dr., #2800 |
| CITY/STATE/ZIP | Chicago, IL 60606-1229 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6277489 |
| TELEPHONE NUMBER | (312) 201-2000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐