IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Virda Bell Bullard, et al.                                )<br>                                                               )<br>            Plaintiffs,                                         )<br>                                                               )<br>                                                               )<br>v.                                                              )<br>                                                               )<br>Burlington Northern Santa Fe Railway  )<br>Company et al.                                         )<br>                                                               )<br>            Defendants.                                    ) | 07 C 6883<br>Judge Kennelly<br>Magistrate Judge Ashman |

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2007, I electronically filed **DEFENDANT VULCAN MATERIALS COMPANY'S ANSWER TO PLAINTIFFS' COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notices to the following registered users:

| **Attorneys for Koppers Inc.** | **Attorneys for The Dow Chemical Company** |
|---|---|
| Robert Shuftan | Lisa Spacapan |
| Leonard Kurfirst | Gabrielle Sigel |
| Brent Austin | Jill Hutchison |
| Matthew Caccamo | Jenner & Block LLP |
| Paul Freeborn | 330 North Wabash Avenue |
| Wildman Harrold Allen & Dixon LLP | Chicago, Illinois 60611 |
| 225 West Wacker Drive, Suite 2800 | lspacapan@jenner.com |
| Chicago, Illinois 60606 | gsigel@jenner.com |
| shuftan@wildmanharrold.com | jhutchison@jenner.com |
| kurfirst@wildman.com | (312) 840-7490 |
| austin@wildmanharrold.com | |
| caccamo@wildmanharrold.com | |
| freeborn@wildmanharrold.com | |
| **Attorney for Monsanto Company** | **Attorneys for BNSF** |
| Marla R. Shade | Daniel Mohan |
| Schiff Hardin LLP | Raymond Groble |
| 660 Sears Tower | Sean Sullivan |
| Chicago, Illinois 60606 | Daley & Mohan |
| mshade@schiffhardin.com | 150 North Wacker Drive, Suite 1550 |
| | Chicago, Illinois 60606 |
| | mohan@daleymohan.com |
| | groble@daleymohan.com |
| | ssullivan@daleymohan.com |

I hereby certify that on December 13, 2007 that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

James L. Wright
Watts Law Firm, LLP.
111 Congress Avenue
Suite 1000
Austin, TX 78701

Grover G. Hankins
The Hankins Law Firm
440 Louisiana St., Suite 725
Houston, TX 77002

Dwight E. Jefferson
Dwight E. Jefferson, P.L.L.C.
405 Main Street, Suite 950
Houston, TX 77002

David S. Jasmer
David S. Jasmer, LLC
111 W. Washington St., Suite 1150
Chicago, IL 60602

                                        **s/Larry J. Chilton**
                                        Attorney Bar No. 6185236
                                        Chilton Yambert Porter & Young LLP
                                        150 South Wacker Drive, Suite 2400
                                        Chicago, Illinois 60606
                                        Telephone: (312) 460-8000
                                        Facsimile: (312) 460-8299
                                        Email: lchilton@cypylaw.com