IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **VIRDA BELL BULLARD; et. al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 07-C-6883 |
| **BURLINGTON NORTHERN SANTA** ) | |
| **FE RAILWAY COMPANY; KOPPERS** ) | Judge Kennelly |
| **INDUSTRIES, INC.; MONSANTO** ) | Magistrate Judge Ashman |
| **COMPANY; DOW CHEMICAL** ) | |
| **COMPANY; AND VULCAN** ) | |
| **MATERIALS COMPANY** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' JOINT MOTION TO TRANSFER VENUE

Defendants BNSF RAILWAY COMPANY ("BNSF"),[1] KOPPERS INC. ("Koppers"),[2] MONSANTO COMPANY ("Monsanto"),[3] THE DOW CHEMICAL COMPANY ("Dow"),[4] and VULCAN MATERIALS COMPANY ("Vulcan"), hereby move this Court, pursuant 28 U.S.C. § 1404(a), for an order transferring venue of this action to the United States District Court for the Western District of Texas, Austin Division for the reasons set forth in the attached memorandum of law.

---

[1] BNSF is incorrectly identified as "Burlington Northern Santa Fe Railway Company" in Plaintiffs' Complaint.

[2] Koppers is incorrectly identified as "Koppers Industries, Inc." in Plaintiffs' Complaint.

[3] The subject matter of this lawsuit relates to time periods before Monsanto was incorporated, and to products that were never manufactured, sold, and/or distributed by Monsanto. Monsanto was incorporated on February 9, 2000. The subject matter of this lawsuit relates to the alleged actions, and former business, of Pharmacia Corporation, f/k/a Monsanto Company.

[4] Dow is incorrectly identified as "Dow Chemical Company" in Plaintiffs' Complaint.

Respectfully submitted,

BNSF RAILWAY COMPANY

By: /s/ Daniel J. Mohan (by permission)

Daniel J. Mohan (6187721)
Daley & Mohan, PC
150 N. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 422-9999
Facsimile: (312) 201-9368

**Attorneys for Defendant, BNSF Railway Company**

OF COUNSEL:

Douglas W. Poole
    (motion for *pro hac vice* admission to be filed)
McLeod, Alexander, Powel & Apffel
A Professional Corporation
802 Rosenberg; P.O. Box 629
Galveston, Texas 77553
Telephone: (409) 763-2481
Facsimile: (409) 762-1155

Respectfully submitted,

KOPPERS INC.


By: /s/ Robert L. Shuftan


Robert L. Shuftan (3124475)
Brent R. Austin (6220501)
Leonard S. Kurfirst (6187651)
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 201-2000
Facsimile: (312) 201-2555

**Attorneys for Defendant, Koppers Inc.**

Respectfully submitted,

MONSANTO COMPANY


By:  /s/ Marla R. Shade (by permission)


Darren VanPuymbrouck (6193910)
Marla R. Shade (6273036)
Renee C. Kelley (6289904)
Schiff Hardin LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, Illinois  60606-6473
Telephone: (312) 258-5559
Facsimile: (312) 258-5600

**Attorneys for Defendant, Monsanto Company**


OF COUNSEL:

Kenneth R. Heineman
    (motion for *pro hac vice* admission to be filed)
Joe Kilpatrick
    (motion for *pro hac vice* admission to be filed)
Charles Ron Hobbs, II
    (motion for *pro hac vice* admission to be filed)
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

Respectfully submitted,

THE DOW CHEMICAL COMPANY


By: /s/ Lise T. Spacapan (by permission)

Lise T. Spacapan (6188257)
Gabrielle Sigel (6186108)
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

**Attorneys for Defendant, The Dow Chemical Company**

Respectfully submitted,

VULCAN MATERIALS COMPANY

By: /s/ Larry J. Chilton (by permission)

Larry J. Chilton (6185236)
Chilton Yambert Porter & Young LLP
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
Telephone: (312) 460-8000
Facsimile: (312) 460-8299

**Attorneys for Defendant, Vulcan Materials Company**

OF COUNSEL:

Stephen C. Dillard
    (motion for *pro hac vice* admission to be filed)
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Husch & Eppenberger, LLC
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

## CERTIFICATE OF SERVICE

I, Robert L. Shuftan, an attorney, state that I have served true and correct copies of the foregoing *Defendants' Joint Motion to Transfer Venue* upon the below attorneys via overnight mail on December 13, 2007 and upon all other attorneys of record through the Court's CM/ECF system:

>James L. "Larry" Wright
>Watts Law Firm, LLC
>111 Congress Avenue, Suite 1000
>Austin, Texas 78701
>
>Grover G. Hankins
>The Hankins Law Firm
>440 Louisiana Street, Suite 725
>Houston, Texas 77002
>
>Dwight E. Jefferson
>Dwight E. Jefferson, P.L.L.C.
>405 Main Street, Suite 950
>Houston, Texas 77002
>
>David S. Jasmer
>Davis S. Jasmer, LLC
>111 W. Washington Street, Suite 1150
>Chicago, Illinois 60602
>
>*Attorneys for Plaintiffs*

/s/ Robert L. Shuftan