# EXHIBIT H

```
LELISHA WISEMAN,                      §
STACIE WOODBERRY,                     §
CLARA WOODFORD,                       §
JONAS WOODFORK,                       §
JAYCEE YOUNG,                         §
TERRANCE YOUNG,                       §
                                      §
        PLAINTIFFS,                   §
                                      §
V.                                    §   CIVIL ACTION NO: A 05 CA 464 SS
                                      §
KOPPERS INDUSTRIES INC.,              §
A FOREIGN CORPORATION                 §
THE BURLINGTON NORTHERN               §
SANTA FE RAILWAY COMPANY,             §
A FOREIGN CORPORATION;                §
MONSANTO COMPANY, A FOREIGN           §
CORPORATION; THE DOW                  §
CHEMICAL COMPANY, A FOREIGN           §
 CORPORATION; AND                     §
VULCAN MATERIALS COMPANY,             §
A FOREIGN CORPORATION,                §
                                      §
        DEFENDANTS.                   §
```

FILED
2006 NOV 20 PM 4:01
CLERK U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
     DEPUTY

## ORDER

ON THIS DAY, came on to be heard Plaintiffs' Voluntary Motion to Dismiss Without Prejudice their claims, and the Court, after considering the motion and being advised of no objections grants the dismissal. IT IS THEREFORE,

**ORDERED** that the instant case is hereby dismissed without prejudice.

SIGNED this 20th day of November 2006.

_____
JUDGE PRESIDING

- 15 -