**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – LAW DIVISION**

| | |
|---|---|
| Virda Bell Bullard, et al. | ) |
| | ) |
| v. | ) |
| | ) |
| BNSF Railway Company, | ) |
| f/k/a Burlington Northern Santa Fe | ) |
| Railway Company | )   No. L0-9137-H01 |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Please take notice that, effective on the 21st day of December, 2007, Daley & Mohan, P.C. will change its name to Daley Mohan Groble, P.C. and the office address will change. All further notices regarding the above captioned matter should be directed to the new office address, as stated below:

> Daley Mohan Groble, P.C.
> 55 West Monroe Street
> Suite 1600
> Chicago, Illinois  60603
> Attention: Daniel J. Mohan

> BNSF Railway Company
> By:    s/Daniel J. Mohan
> One of Its Attorneys

Daniel J. Mohan
Daley & Mohan, P.C.
150 N. Wacker Drive
Suite 1550
Chicago, IL 60606
(312) 422-9999

**CERTIFICATE OF SERVICE**

I, Daniel J. Mohan, an attorney, hereby certify that on the _20___ day of December, 2007, I caused the foregoing **Notice of Change of Firm Name and Address** to be served on the attorney of record by electronic filing located at 150 North Wacker Drive, Chicago, Illinois, before the hour of 5:00 p.m., addressed as follows:

James L. "Larry" Wright
Watts Law Firm, LLC
111 Congress Avenue, Suite 1000
Austin, Texas 78701

Grover G. Hankins
The Hankins Law Firm
440 Louisiana Street, Suite 725
Houston, Texas 77002

Dwight E. Jefferson
Dwight E. Jefferson, P.L.L.C.
405 Main Street, Suite 950
Houston, Texas 77002

David S. Jasmer
Davis S. Jasmer, LLC
111 W. Washington Street, Suite 1150
Chicago, Illinois 60602

                                                s/Daniel J. Mohan
                                                Daniel J. Mohan