IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIRDA BELL BULLARD, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 07-C-6883 |
| ) | |
| BURLINGTON NORTHERN SANTA ) | |
| FE RAILWAY COMPANY; KOPPERS ) | Judge Matthew F. Kennelly |
| INDUSTRIES, INC.; MONSANTO ) | Magistrate Judge Ashman |
| COMPANY; DOW CHEMICAL ) | |
| COMPANY; AND VULCAN ) | |
| MATERIALS COMPANY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:  Daniel J. Mohan                                  Larry J. Chilton
     Daley & Mohan, PC                                Chilton Yambert Porter & Young LLP
     150 N. Wacker Drive                              150 S. Wacker Drive, Suite 2400
     Chicago, IL  60606                               Chicago, IL 60606

     Robert L. Shuftan                                Lise T. Spacapan
     Brent R. Austin                                  Gabrielle Sigel
     Leonard S. Kurfirst                              Jenner & Block LLP
     Wilman, Harrold, Allen & Dixon LLP               330 N. Wabash Avenue
     225 W. Wacker Drive, Suite 3000                  Chicago, IL 60611-7603
     Chicago, IL 60606

     Darren VanPuymbrouck
     Marla R. Shade
     Renee C. Kelley
     Schiff Hardin LLP
     6600 Sears Tower
     233 South Wacker Drive
     Chicago, IL 60606-6473

PLEASE TAKE NOTICE that on Thursday, January 24, 2008, at 9:30 a.m., or as soon thereafter as this Motion may be heard, we shall appear before the Honorable Matthew F. Kennelly, in the courtroom usually occupied by him, Courtroom 2103, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the Motion to Remand, a copy of which is herewith served upon you.

        s/David S. Jasmer
        One of the Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

       DAVID S. JASMER, hereby certifies that on January 4, 2008, he electronically filed the Notice of Motion and Motion to Remand, using the CM/ECF System which will send notification of such filings to the aforesaid and by mailing a copy to:

| | |
|---|---|
| Douglas W. Poole<br>McLeod, Alexander, Powel & Apffel<br>A Professional Corporation<br>802 Rosenberg; P.O. Box 629<br>Galveston, Texas  77553 | Kenneth R. Heineman<br>Joe Kilpatrick<br>Charles Ron Hobbs, II<br>Husch & Eppenberger, LLC<br>190 Carondelet Plaza, Suite 600<br>St. Louis, Missouri 63105 |
| Stephen C. Dillard<br>Fulbright & Jaworski L.L.P.<br>1301 McKinney, Suite 5100<br>Husch & Eppenberger, LLC<br>Houston, Texas 77010-3095 | |

at their addresses, and depositing the same in the United States mail at 111 W. Washington Street, Chicago, Illinois, before the hour of 5:00 p.m. on January 4, 2008, with proper first class postage prepaid.

                                                      s/David S. Jasmer

| | |
|---|---|
| DAVID S. JASMER, LLC<br>111 W. Washington Street<br>Suite 1150<br>Chicago, Illinois 60602<br>(312) 782-6344<br>Fax: (312) 372-1974 | James L. "Larry" Wright<br>Watts Law Firm, LLC<br>111 Congress Avenue, Suite 1000<br>Austin, Texas 78701<br>(512) 479-0500<br>Fax: (512) 473-0328 |
| Grover G. Hankins<br>The Hankins Law Firm<br>440 Louisiana Street, Suite 725<br>Houston, Texas 77002<br>(713) 292-2720<br>Fax: (713) 236-7731 | Dwight E. Jefferson<br>Dwight E. Jefferson, P.L.L.C.<br>405 Main Street, Suite 950<br>Houston, Texas 77002<br>(713) 222-1222<br>Fax (713) 222-1223 |