**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VIRDA BELL BULLARD, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07-C-6883 |
| | ) | |
| BURLINGTON NORTHERN SANTA | ) | |
| FE RAILWAY COMPANY; KOPPERS | ) | Judge Matthew F. Kennelly |
| INDUSTRIES, INC.; MONSANTO | ) | Magistrate Judge Ashman |
| COMPANY; DOW CHEMICAL | ) | |
| COMPANY; AND VULCAN | ) | |
| MATERIALS COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: Daniel J. Mohan      Larry J. Chilton
   Daley & Mohan, PC     Chilton Yambert Porter & Young LLP
   150 N. Wacker Drive     150 S. Wacker Drive, Suite 2400
   Chicago, IL 60606      Chicago, IL 60606

   Robert L. Shuftan      Lise T. Spacapan
   Brent R. Austin       Gabrielle Sigel
   Leonard S. Kurfirst      Jenner & Block LLP
   Wilman, Harrold, Allen & Dixon LLP 330 N. Wabash Avenue
   225 W. Wacker Drive, Suite 3000  Chicago, IL 60611-7603
   Chicago, IL 60606

   Darren VanPuymbrouck
   Marla R. Shade
   Renee C. Kelley
   Schiff Hardin LLP
   6600 Sears Tower
   233 South Wacker Drive
   Chicago, IL 60606-6473

   PLEASE TAKE NOTICE that on Thursday, January 24, 2008, at 9:30 a.m., or as soon
thereafter as this Motion may be heard, we shall appear before the Honorable Matthew F.
Kennelly, in the courtroom usually occupied by him, Courtroom 2103, Dirksen Federal Building,
219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the Motion for
Voluntary Dismissal of Certain Plaintiffs, a copy of which is herewith served upon you.

                  s/David S. Jasmer
                One of the Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

DAVID S. JASMER, hereby certifies that on January 4, 2008, he electronically filed the Notice of Motion and Motion for Voluntary Dismissal of Certain Plaintiffs, using the CM/ECF System which will send notification of such filings to the aforesaid and by mailing a copy to:

Douglas W. Poole
McLeod, Alexander, Powel & Apffel
A Professional Corporation
802 Rosenberg; P.O. Box 629
Galveston, Texas 77553

Kenneth R. Heineman
Joe Kilpatrick
Charles Ron Hobbs, II
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105

Stephen C. Dillard
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Husch & Eppenberger, LLC
Houston, Texas 77010-3095

at their addresses, and depositing the same in the United States mail at 111 W. Washington Street, Chicago, Illinois, before the hour of 5:00 p.m. on January 4, 2008, with proper first class postage prepaid.

s/David S. Jasmer

DAVID S. JASMER, LLC
111 W. Washington Street
Suite 1150
Chicago, Illinois 60602
(312) 782-6344
Fax: (312) 372-1974

James L. "Larry" Wright
Watts Law Firm, LLC
111 Congress Avenue, Suite 1000
Austin, Texas 78701
(512) 479-0500
Fax: (512) 473-0328

Grover G. Hankins
The Hankins Law Firm
440 Louisiana Street, Suite 725
Houston, Texas 77002
(713) 292-2720
Fax: (713) 236-7731

Dwight E. Jefferson
Dwight E. Jefferson, P.L.L.C.
405 Main Street, Suite 950
Houston, Texas 77002
(713) 222-1222
Fax (713) 222-1223