# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
### Eastern Division

Virda Bell Bullard, et al.

                                      Plaintiff,

v.

                                      Case No.: 1:07−cv−06883

                                      Honorable Matthew F. Kennelly

Burlington Northern Santa Fe Railway Company, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 8, 2008:

      MINUTE entry before Judge Matthew F. Kennelly :Status hearing held on 1/8/2008. Response to motion to remand due by 1/29/2008. Reply due by 2/19/2008. Ruling by mail. Status hearing of 3/3/2008 is vacated. Notice of motion hearing of 1/24/2008 is vacated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.