## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6883 | **DATE** | 1/24/2008 |
| **CASE TITLE** | Virda Bell Bullard vs. Burlington Northern Santa Fe Railway, et al. | | |

**DOCKET ENTRY TEXT**

A briefing schedule has already been set on plaintiffs' motion for voluntary dismissal and motion to remand, so that the motions will not be called.

Docketing to mail notices.

00:0

| | Courtroom Deputy Initials: | DS |
|---|---|---|