IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **VIRDA BELL BULLARD; et. al.** ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> **BURLINGTON NORTHERN SANTA** ) <br> **FE RAILWAY COMPANY; KOPPERS** ) <br> **INDUSTRIES, INC.; MONSANTO** ) <br> **COMPANY; DOW CHEMICAL** ) <br> **COMPANY; AND VULCAN** ) <br> **MATERIALS COMPANY** ) <br> ) <br> Defendants. ) <br> ) | Case No. 07-C-6883 <br><br> Judge Kennelly <br> Magistrate Judge Ashman |

### DEFENDANTS' NOTICE OF SUBSEQUENT AUTHORITY

Defendants, BNSF RAILWAY COMPANY ("BNSF"),[1] KOPPERS INC. ("Koppers"),[2] MONSANTO COMPANY ("Monsanto"),[3] THE DOW CHEMICAL COMPANY ("Dow"),[4] and VULCAN MATERIALS COMPANY ("Vulcan") (hereinafter sometimes collectively referred to as "the Defendants"), submit this notice of subsequent authority to apprise the Court of the recent ruling by the United States District Court for the Western District of Texas in *Brinston v. Koppers Industries, Inc.*, No. 07-902 (W.D. Tex. Jan. 31, 2008). The court's opinion in Brinston supports Defendants' argument that Plaintiffs cannot evade this Court's removal jurisdiction

---

[1] BNSF is incorrectly identified as "Burlington Northern Santa Fe Railway Company" in Plaintiffs' Complaint.
[2] Koppers is incorrectly identified as "Koppers Industries, Inc." in Plaintiffs' Complaint.
[3] The subject matter of this lawsuit relates to time periods before Monsanto was incorporated, and to products that were never manufactured, sold, and/or distributed by Monsanto. Monsanto was incorporated on February 9, 2000. The subject matter of this lawsuit relates to the alleged actions, and former business, of Pharmacia Corporation, f/k/a Monsanto Company.
[4] Dow is incorrectly identified as "Dow Chemical Company" in Plaintiffs' Complaint.

through a post-removal "stipulation" or voluntary dismissal. (A copy of the Brinston opinion is attached as Exhibit A).

In their Motion to Remand and Motion for Voluntary Dismissal, Plaintiffs attempt two post-removal maneuvers in an effort to defeat this court's removal jurisdiction under "mass action" provision of the Class Action Fairness Act ("CAFA"). First, Plaintiffs claim they will "stipulate" to separate trials and that they will not seek joint trials of more than 99 plaintiffs. *See* Motion to Remand at 4-5. Second, Plaintiffs seek the dismissal of enough plaintiffs to drop the case below the 100-plaintiff requirement for a "mass action." *See* Motion for Voluntary Dismissal at ¶ 5; Motion to Remand at 10.

In their Combined Response to Plaintiffs' Motion to Remand and Motion for Voluntary Dismissal, Defendants argue that because jurisdiction is determined based on the allegations in the complaint at the time of removal, Plaintiffs' post-removal "stipulation" or dismissals cannot defeat this Court's jurisdiction under CAFA. *See* Defendants' Combined Response at 8-12; *see also St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 290 (1938); *In re Shell Oil Co.*, 970 F.2d 355, 356 (7th Cir. 1992). The Brinston opinion supports Defendants' argument.

In Brinston, the plaintiffs brought a putative class action and claimed that purported toxic chemicals used at the same Somerville plant involved in the present case[5] allegedly injured and contaminated their homes and property and the homes and property of the putative class. *See* Ex. A at 2. The plaintiffs filed their lawsuit in the District Court of Burleson County, Texas, and the defendants removed the case to the Western District of Texas pursuant to CAFA. *Id.* The plaintiffs then filed a motion for leave to amend their complaint to withdraw their class allegations in an attempt to destroy the court's CAFA jurisdiction. *Id.* at 2-33.

---

[5] As explained in Defendants' Notice of Removal, three of the plaintiffs' attorneys in Brinston – Grover G. Hankins, Dwight E. Jefferson, and James L. "Larry" Wright – also represent Plaintiffs in this case, and the two defendants in Brinston – BNSF and Koppers – are also defendants in this case.

2

The court granted the plaintiffs leave to amend their complaint to remove the class allegations but ruled that the amendment did not divest the court of jurisdiction under CAFA. *Id.* at 5. Noting that the "basis for federal jurisdiction under CAFA is established at the time of removal" and that "subsequent events generally cannot 'oust' the federal court of jurisdiction," and relying on two of the cases – *Garcia v. Boyar & Miller, P.C.* and *Braud v. Transportation Services Co.* – Defendants cited in their Combined Response, the court held that plaintiffs' amendment would not result in remand. *Id.*; *see also* Defendants' Combined Response at 9, 11.

The Brinston ruling confirms that CAFA removal jurisdiction is determined at the time of removal and cannot be defeated by subsequent amendments, "stipulations," or dismissals. *Id.* Accordingly, Plaintiffs' Motion to Remand and Motion for Voluntary Dismissal in the present action should be denied.

Dated: February 1, 2008

Respectfully submitted,

BNSF RAILWAY COMPANY

By: /s/ Daniel J. Mohan (by permission)

Daniel J. Mohan (6187721)
Daley & Mohan, PC
150 N. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 422-9999
Facsimile: (312) 201-9368

**Attorneys for Defendant, BNSF Railway Company**

OF COUNSEL:

Douglas W. Poole
   (motion for *pro hac vice* admission to be filed)
McLeod, Alexander, Powel & Apffel
A Professional Corporation
802 Rosenberg; P.O. Box 629
Galveston, Texas 77553
Telephone: (409) 763-2481
Facsimile: (409) 762-1155

Respectfully submitted,

KOPPERS INC.


By: __/s/ Robert L. Shuftan__


Robert L. Shuftan (3124475)
Brent R. Austin (6220501)
Leonard S. Kurfirst (6187651)
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 201-2000
Facsimile: (312) 201-2555

**Attorneys for Defendant, Koppers Inc.**

Respectfully submitted,

MONSANTO COMPANY


By: /s/ Marla R. Shade (by permission)


Darren VanPuymbrouck (6193910)
Marla R. Shade (6273036)
Renee C. Kelley (6289904)
Schiff Hardin LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6473
Telephone: (312) 258-5559
Facsimile: (312) 258-5600

**Attorneys for Defendant, Monsanto Company**


OF COUNSEL:

Kenneth R. Heineman
    (motion for *pro hac vice* admission to be filed)
Joe Kilpatrick
    (motion for *pro hac vice* admission to be filed)
Charles Ron Hobbs, II
    (motion for *pro hac vice* admission to be filed)
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

Respectfully submitted,

THE DOW CHEMICAL COMPANY


By: /s/ Lise T. Spacapan (by permission)


Lise T. Spacapan (6188257)
Gabrielle Sigel (6186108)
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

**Attorneys for Defendant, The Dow Chemical Company**

Respectfully submitted,

VULCAN MATERIALS COMPANY

By: /s/ Larry J. Chilton (by permission)

Larry J. Chilton (6185236)
Chilton Yambert Porter & Young LLP
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
Telephone: (312) 460-8000
Facsimile: (312) 460-8299

**Attorneys for Defendant, Vulcan Materials Company**

OF COUNSEL:

Stephen C. Dillard
　　(admitted *pro hac vice*)
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Husch & Eppenberger, LLC
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

## CERTIFICATE OF SERVICE

I, Robert L. Shuftan, an attorney, state that I have served true and correct copies of the foregoing *Defendants' Notice of Subsequent Authority* upon the below attorneys via overnight mail on February 1, 2008 and upon all other attorneys of record through the Court's CM/ECF system:

>James L. "Larry" Wright
>Christopher V. Goodpastor
>Daniel A. Longoria
>Watts Law Firm, LLC
>111 Congress Avenue, Suite 1000
>Austin, Texas 78701
>
>Grover G. Hankins
>The Hankins Law Firm
>440 Louisiana Street, Suite 725
>Houston, Texas 77002
>
>Dwight E. Jefferson
>Dwight E. Jefferson, P.L.L.C.
>405 Main Street, Suite 950
>Houston, Texas 77002
>
>David S. Jasmer
>Davis S. Jasmer, LLC
>111 W. Washington Street, Suite 1150
>Chicago, Illinois 60602
>
>*Attorneys for Plaintiffs*

/s/ Robert L. Shuftan