IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIRDA BELL BULLARD; et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 07-C-6883 |
| BURLINGTON NORTHERN SANTA ) | |
| FE RAILWAY COMPANY; KOPPERS ) | Judge Kennelly |
| INDUSTRIES, INC.; MONSANTO ) | Magistrate Judge Ashman |
| COMPANY; DOW CHEMICAL ) | |
| COMPANY; AND VULCAN ) | |
| MATERIALS COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING

To: James L. "Larry" Wright  
Christopher V. Goodpastor  
Daniel A. Longoria  
Watts Law Firm, LLC  
111 Congress Avenue, Suite 1000  
Austin, Texas 78701  

Grover G. Hankins  
The Hankins Law Firm  
440 Louisiana Street, Suite 725  
Houston, Texas 77002  

Dwight E. Jefferson  
Dwight E. Jefferson, P.L.L.C.  
405 Main Street, Suite 950  
Houston, Texas 77002  

David S. Jasmer  
Davis S. Jasmer, LLC  
111 W. Washington Street,  
Suite 1150  
Chicago, Illinois 60602  

PLEASE TAKE NOTICE that on the 1st of February 2008 the undersigned electronically filed **DEFENDANTS' NOTICE OF SUBSEQUENT AUTHORITY**, with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which was electronically served upon you by the Clerk's CM/ECF system.

Respectfully submitted,

BNSF RAILWAY COMPANY

By: /s/ Daniel J. Mohan (by permission)

Daniel J. Mohan (6187721)
Daley & Mohan, PC
150 N. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 422-9999
Facsimile: (312) 201-9368

**Attorneys for Defendant, BNSF Railway Company**

OF COUNSEL:

Douglas W. Poole
   (motion for *pro hac vice* admission to be filed)
McLeod, Alexander, Powel & Apffel
A Professional Corporation
802 Rosenberg; P.O. Box 629
Galveston, Texas 77553
Telephone: (409) 763-2481
Facsimile: (409) 762-1155

Respectfully submitted,

KOPPERS INC.

By: /s/ Robert L. Shuftan

Robert L. Shuftan (3124475)
Brent R. Austin (6220501)
Leonard S. Kurfirst (6187651)
Wildman, Harrold, Allen & Dixon LLP.
225 W. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 201-2000
Facsimile: (312) 201-2555

**Attorneys for Defendant, Koppers Inc.**

Respectfully submitted,

MONSANTO COMPANY

By: /s/ Marla R. Shade (by permission)

Darren VanPuymbrouck (6193910)
Marla R. Shade (6273036)
Renee C. Kelley (6289904)
Schiff Hardin LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6473
Telephone: (312) 258-5559
Facsimile: (312) 258-5600

**Attorneys for Defendant, Monsanto Company**

OF COUNSEL:

Kenneth R. Heineman
    (motion for *pro hac vice* admission to be filed)
Joe Kilpatrick
    (motion for *pro hac vice* admission to be filed)
Charles Ron Hobbs, II
    (motion for *pro hac vice* admission to be filed)
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

Respectfully submitted,

THE DOW CHEMICAL COMPANY

By: /s/ Lise T. Spacapan (by permission)

Lise T. Spacapan (6188257)
Gabrielle Sigel (6186108)
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

**Attorneys for Defendant, The Dow Chemical Company**

Respectfully submitted,

VULCAN MATERIALS COMPANY

By: /s/ Larry J. Chilton (by permission)

Larry J. Chilton (6185236)
Chilton Yambert Porter & Young LLP
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
Telephone: (312) 460-8000
Facsimile: (312) 460-8299

**Attorneys for Defendant, Vulcan Materials Company**

OF COUNSEL:

Stephen C. Dillard
    (admitted *pro hac vice*)
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Husch & Eppenberger, LLC
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

## CERTIFICATE OF SERVICE

I, Robert L. Shuftan, an attorney, state that I have served true and correct copies of the foregoing *Notice of Filing* upon the below attorneys via overnight mail on February 1, 2008 and upon all other attorneys of record through the Court's CM/ECF system:

James L. "Larry" Wright
Christopher V. Goodpastor
Daniel A. Longoria
Watts Law Firm, LLC
111 Congress Avenue, Suite 1000
Austin, Texas 78701

Grover G. Hankins
The Hankins Law Firm
440 Louisiana Street, Suite 725
Houston, Texas 77002

Dwight E. Jefferson
Dwight E. Jefferson, P.L.L.C.
405 Main Street, Suite 950
Houston, Texas 77002

David S. Jasmer
Davis S. Jasmer, LLC
111 W. Washington Street, Suite 1150
Chicago, Illinois 60602

*Attorneys for Plaintiffs*

/s/ Robert L. Shuftan