IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VIRDA BELL BULLARD; et. al.<br><br>Plaintiffs,<br><br>vs.<br><br>BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY; KOPPERS INDUSTRIES, INC.; MONSANTO COMPANY; DOW CHEMICAL COMPANY; AND VULCAN MATERIALS COMPANY<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07-C-6883<br><br>Judge Kennelly<br>Magistrate Judge Ashman |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
COMBINED SURREPLY TO PLAINTIFFS' MOTION TO REMAND AND MOTION
FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN PLAINTIFFS**

Defendants respectfully move this Court for leave to file the short attached Surreply to respond to the entirely new arguments made in Plaintiffs' reply brief in support of their Motion to Remand and Motion for Voluntary Dismissal Without Prejudice of Certain Plaintiffs (the "Motions"):

1. In their Motions, Plaintiffs claimed that two post-removal maneuvers – a purported "stipulation" to separate trials and a request to voluntarily dismiss enough plaintiffs to drop below the 100-plaintiff requirement for a CAFA "mass action" – destroy this Court's removal jurisdiction.

2. In their reply brief, Plaintiffs argue for the first time that their "stipulation" is actually not a post-removal effort to defeat federal jurisdiction, but rather a "clarification" of an

2

"ambiguity" in their Complaint. (*See* Reply at 3-6). Plaintiffs cite more than a dozen new cases that purportedly support this new argument. (*Id.* at 4-5).

3.     Neither this argument nor the supporting case law was raised in Plaintiffs' Motion to Remand and Motion for Voluntary Dismissal. Defendants therefore seek leave to briefly address these issues in a surreply.

WHEREFORE, Defendants respectfully request that this Court grant them leave to file the attached Combined Surreply to Plaintiffs' Motion to Remand and Motion for Voluntary Dismissal Without Prejudice of Certain Plaintiffs.

        Respectfully submitted,

        BNSF RAILWAY COMPANY

        By: <u>/s/ Daniel J. Mohan (by permission)</u>

        Daniel J. Mohan (6187721)
        Daley & Mohan, PC
        150 N. Wacker Drive
        Chicago, Illinois 60606
        Telephone: (312) 422-9999
        Facsimile: (312) 201-9368

        **Attorneys for Defendant, BNSF Railway Company**

OF COUNSEL:

Douglas W. Poole
    (motion for *pro hac vice* admission to be filed)
McLeod, Alexander, Powel & Apffel
A Professional Corporation
802 Rosenberg; P.O. Box 629
Galveston, Texas 77553
Telephone: (409) 763-2481
Facsimile: (409) 762-1155

Respectfully submitted,

KOPPERS INC.

By: /s/ Robert L. Shuftan

Robert L. Shuftan (3124475)
Brent R. Austin (6220501)
Leonard S. Kurfirst (6187651)
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 201-2000
Facsimile: (312) 201-2555

**Attorneys for Defendant, Koppers Inc.**

Respectfully submitted,

MONSANTO COMPANY

By: /s/ Marla R. Shade (by permission)

Darren VanPuymbrouck (6193910)
Marla R. Shade (6273036)
Renee C. Kelley (6289904)
Schiff Hardin LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6473
Telephone: (312) 258-5559
Facsimile: (312) 258-5600

**Attorneys for Defendant, Monsanto Company**

OF COUNSEL:

Kenneth R. Heineman
    (motion for *pro hac vice* admission to be filed)
Joe Kilpatrick
    (motion for *pro hac vice* admission to be filed)
Charles Ron Hobbs, II
    (motion for *pro hac vice* admission to be filed)
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

Respectfully submitted,

THE DOW CHEMICAL COMPANY

By: /s/ Lise T. Spacapan (by permission)

Lise T. Spacapan (6188257)
Gabrielle Sigel (6186108)
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

**Attorneys for Defendant, The Dow Chemical Company**

Respectfully submitted,

VULCAN MATERIALS COMPANY

By: /s/ Larry J. Chilton (by permission)

Larry J. Chilton (6185236)
Chilton Yambert Porter & Young LLP
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
Telephone: (312) 460-8000
Facsimile: (312) 460-8299

**Attorneys for Defendant, Vulcan Materials Company**

OF COUNSEL:

Stephen C. Dillard
        (admitted *pro hac vice*)
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Husch & Eppenberger, LLC
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

## **CERTIFICATE OF SERVICE**

I, Robert L. Shuftan, an attorney, state that I have served true and correct copies of the foregoing *Defendants' Motion for Leave to File Combined Surreply to Plaintiffs' Motion to Remand and Motion for Voluntary Dismissal Without Prejudice of Certain Plaintiffs* upon the below attorneys via overnight mail on February 25, 2008 and upon all other attorneys of record through the Court's CM/ECF system:

James L. "Larry" Wright
Christopher V. Goodpastor
Daniel A. Longoria
Watts Law Firm, LLC
111 Congress Avenue, Suite 1000
Austin, Texas 78701

Grover G. Hankins
The Hankins Law Firm
440 Louisiana Street, Suite 725
Houston, Texas 77002

Dwight E. Jefferson
Dwight E. Jefferson, P.L.L.C.
405 Main Street, Suite 950
Houston, Texas 77002

David S. Jasmer
Davis S. Jasmer, LLC
111 W. Washington Street, Suite 1150
Chicago, Illinois 60602

*Attorneys for Plaintiffs*

/s/ Robert L. Shuftan