IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIRDA BELL BULLARD; et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 07-C-6883 |
| BURLINGTON NORTHERN SANTA ) | |
| FE RAILWAY COMPANY; KOPPERS ) | Judge Kennelly |
| INDUSTRIES, INC.; MONSANTO ) | Magistrate Judge Ashman |
| COMPANY; DOW CHEMICAL ) | |
| COMPANY; AND VULCAN ) | |
| MATERIALS COMPANY ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF MOTION**

To:  James L. "Larry" Wright        Grover G. Hankins
     Christopher V. Goodpastor      The Hankins Law Firm
     Daniel A. Longoria             440 Louisiana Street, Suite 725
     Watts Law Firm, LLC            Houston, Texas 77002
     111 Congress Avenue
     Suite 1000
     Austin, Texas 78701

     Dwight E. Jefferson            David S. Jasmer
     Dwight E. Jefferson, P.L.L.C.  David S. Jasmer, LLC
     405 Main Street, Suite 950     111 W. Washington Street, Suite 1150
     Houston, Texas 77002           Chicago, Illinois 60602

PLEASE TAKE NOTICE that on **Wednesday, March 5, 2008 at 9:30 a.m.**, or as soon thereafter as this Motion may be heard, we shall appear before the Honorable Matthew F. Kennelly or whomever may be designated to sit in his stead, in Courtroom 2103 of the United States Courthouse, 219 S. Dearborn, Chicago, Illinois and shall then and there present **DEFENDANTS' MOTION FOR LEAVE TO FILE COMBINED SURREPLY TO PLAINTIFFS' MOTION TO REMAND AND MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN PLAINTIFFS,** a copy of which has been served upon you.

Respectfully submitted,

BNSF RAILWAY COMPANY

By: /s/ Daniel J. Mohan (by permission)

Daniel J. Mohan (6187721)
Daley & Mohan, PC
150 N. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 422-9999
Facsimile: (312) 201-9368

**Attorneys for Defendant, BNSF Railway Company**

OF COUNSEL:

Douglas W. Poole
    (motion for *pro hac vice* admission to be filed)
McLeod, Alexander, Powel & Apffel
A Professional Corporation
802 Rosenberg; P.O. Box 629
Galveston, Texas 77553
Telephone: (409) 763-2481
Facsimile: (409) 762-1155

Respectfully submitted,

KOPPERS INC.

By: /s/ Robert L. Shuftan

Robert L. Shuftan (3124475)
Brent R. Austin (6220501)
Leonard S. Kurfirst (6187651)
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 201-2000
Facsimile: (312) 201-2555

**Attorneys for Defendant, Koppers Inc.**

Respectfully submitted,

MONSANTO COMPANY

By: /s/ Marla R. Shade (by permission)

Darren VanPuymbrouck (6193910)
Marla R. Shade (6273036)
Renee C. Kelley (6289904)
Schiff Hardin LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6473
Telephone: (312) 258-5559
Facsimile: (312) 258-5600

**Attorneys for Defendant, Monsanto Company**

OF COUNSEL:

Kenneth R. Heineman
    (motion for *pro hac vice* admission to be filed)
Joe Kilpatrick
    (motion for *pro hac vice* admission to be filed)
Charles Ron Hobbs, II
    (motion for *pro hac vice* admission to be filed)
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

Respectfully submitted,

THE DOW CHEMICAL COMPANY

By: /s/ Lise T. Spacapan (by permission)

Lise T. Spacapan (6188257)
Gabrielle Sigel (6186108)
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

**Attorneys for Defendant, The Dow Chemical Company**

Respectfully submitted,

VULCAN MATERIALS COMPANY


By: /s/ Larry J. Chilton (by permission)

Larry J. Chilton (6185236)
Chilton Yambert Porter & Young LLP
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
Telephone: (312) 460-8000
Facsimile: (312) 460-8299

**Attorneys for Defendant, Vulcan Materials Company**


OF COUNSEL:

Stephen C. Dillard
　　(motion for *pro hac vice* admission to be filed)
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Husch & Eppenberger, LLC
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

## CERTIFICATE OF SERVICE

      I, Robert L. Shuftan, an attorney, state that I have served true and correct copies of the foregoing *Notice of Motion* upon the below attorneys via overnight mail on February 25, 2008 and upon all other attorneys of record through the Court's CM/ECF system:

      James L. "Larry" Wright
      Christopher V. Goodpastor
      Daniel A. Longoria
      Watts Law Firm, LLC
      111 Congress Avenue, Suite 1000
      Austin, Texas 78701

      Grover G. Hankins
      The Hankins Law Firm
      440 Louisiana Street, Suite 725
      Houston, Texas 77002

      Dwight E. Jefferson
      Dwight E. Jefferson, P.L.L.C.
      405 Main Street, Suite 950
      Houston, Texas 77002

      David S. Jasmer
      Davis S. Jasmer, LLC
      111 W. Washington Street, Suite 1150
      Chicago, Illinois 60602

      *Attorneys for Plaintiffs*

      /s/ Robert L. Shuftan