# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Virda Bell Bullard, et al.

                                        Plaintiff,

v.                                                      Case No.:
                                                        1:07−cv−06883
                                                        Honorable Matthew
                                                        F. Kennelly

Burlington Northern Santa Fe Railway Company, et
al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

       MINUTE entry before Judge Matthew F. Kennelly :Motion for leave to file sur
reply [45] is denied for the reasons stated in open court. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.