## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6883 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Bullard vs. Burlington Northern Santa Fe | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 7/2/2008 at 9:30 AM. Response to motion to transfer is due 5/22/2008; reply brief due 6/5/2008. Ruling set for 7/2/2008 at 9:30 AM.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|