# EXHIBIT C

| | |
|---|---|
| THE STATE OF ALABAMA | § |
| | § |
| COUNTY OF JEFFERSON | § |

### AFFIDAVIT OF JOHN M. FLOYD

On this day personally appeared John M. Floyd, a person known to me, who having been duly sworn, stated upon his oath as follows:

My name is John M. Floyd. I am more than eighteen (18) years of age; I am not disqualified for any reason in making his affidavit; I have personal knowledge of the facts set forth herein, and I know such facts to be true and correct.

I am employed by Vulcan Materials Company ("Vulcan") in the capacity of Senior Attorney. At my direction a search of Vulcan's sales records was conducted covering the period such records are available, which is 1972 through the time Vulcan sold its chemicals business in 2005. Based upon this search, Vulcan did not sell pentachlorophenol to Koppers Inc. in the State of Illinois, or to the Atchison, Topeka and Sante Fe Railway Company in the State of Illinois, during the years 1972-2005.

The records searched are kept and maintained by Vulcan in the regular course of business.

FURTHER AFFIANT SAYETH NOT.

_____
JOHN M. FLOYD

This instrument was acknowledged before me on the 28th day of May, 2008 by John M. Floyd.

_____
Notary Public, State of Alabama

[Notary Seal: VANESSA L. DUKE, NOTARY PUBLIC, ALABAMA STATE AT LARGE]