# EXHIBIT E

| | |
|---|---|
| THE STATE OF MICHIGAN | § |
| | § |
| COUNTY OF MIDLAND | § |

## DECLARATION OF ELLEN J. BURCHFIELD

I, Ellen J. Burchfield, being duly sworn, hereby depose and state:

1. My name is Ellen J. Burchfield. I am employed by The Dow Chemical Company ("Dow") in the capacity of paralegal. I am more than eighteen (18) years of age and am not disqualified for any reason in making this affidavit.

2. This Affidavit is based on various sources of information, including my personal knowledge and experience as paralegal, my review of corporate records and other documents maintained by Dow in the regular course of its business, and information provided at various times by colleagues and other persons with knowledge of pertinent facts concerning sales of pentachlorophenol by Dow.

3. At my direction, a search of sales records still in existence in Dow's custody and control was conducted for any sales of pentachlorophenol to Koppers Inc. in the State of Illinois, or to the Atchison, Topeka and Santa Fe Railway Company in the State of Illinois.

4. Based on the search described above, Dow has no records of sales of pentachlorophenol to Koppers Inc. in the State of Illinois, or to the Atchison, Topeka and Santa Fe Railway Company in the State of Illinois.

FURTHER AFFIANT SAYETH NOT.

*Ellen Burchfield* (signature)
———————————————
Ellen Burchfield

SUBSCRIBED and SWORN to before me
this 4th day of June, 2008.

*Rebecca J. Crowder* (signature)
———————————————
Notary Public

REBECCA J. CROWDER
NOTARY PUBLIC, MIDLAND COUNTY, MICHIGAN
MY COMMISSION EXPIRES: JULY 19, 2012
ACTING IN THE COUNTY OF MIDLAND, MICHIGAN