# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VIRDA BELL BULLARD, *et al.*;<br>Plaintiffs, | §<br>§<br>§ | CASE NO. 07-C-6883 |
| VS. | §<br>§ | |
| BURLINGTON NORTHERN SANTA FE<br>RAILWAY COMPANY, *et al.*;<br>Defendants. | §<br>§<br>§<br>§ | Judge Kennelly<br>Magistrate Judge Ashman |

## <u>AFFIDAVIT OF KAREN MCKEE</u>

I, Karen McKee, being first duly sworn on oath, hereby depose and state that if called upon to testify in the above-captioned case, I could competently testify to the following facts based on my personal knowledge:

1. I am the Manager - Corporate Policies, Compliance and Records for BNSF Railway Company, a Delaware corporation, (formerly known as The Burlington Northern and Santa Fe Railway Company), which has a predecessor company, The Atchison, Topeka and Santa Fe Railway Company ("ATSF"), and I have knowledge of BNSF Railway Company's and ATSF's records.

2. Our records indicate that on December 31, 1996, ATSF merged with and into Burlington Northern Railroad Company and Burlington Northern Railroad Company's name was thereby changed to The Burlington Northern and Santa Fe Railway Company.

3. Our records indicate that the corporate headquarters or ATSF prior to 1991 was Chicago, Illinois.

4. Our records indicate that the corporate headquarters for ATSF Railway Company from 1991-1995 was Schaumburg, Illinois.

5. Our records indicate that the corporate headquarters and principal place of business for BNSF Railway Company is Fort Worth, Texas.

FURTHER AFFIANT SAYETH NAUGHT.

_Karen McKee_
Karen McKee

SUBSCRIBED AND SWORN to me this ___29th___ day of May, 2008.

_Betty L. Reinert_
Notary Public