# EXHIBIT J

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **ILLINOIS NORTHERN** | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | | |
| OVERALL CASELOAD STATISTICS | Filings* | | 8,422 | 8,093 | 9,056 | 10,584 | 11,126 | 11,135 | U.S. | Circuit |
| | Terminations | | 7,929 | 8,255 | 8,805 | 11,461 | 10,888 | 10,709 | | |
| | Pending | | 8,091 | 7,711 | 7,914 | 7,706 | 8,699 | 8,587 | | |
| | % Change in Total Filings | Over Last Year | | 4.1 | | | | | 27 | 2 |
| | | Over Earlier Years | | | -7.0 | -20.4 | -24.3 | -24.4 | 81 | 6 |
| Number of Judgeships | | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| Vacant Judgeship Months** | | | 15.8 | 5.7 | 12.0 | 9.6 | 22.1 | 17.8 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 382 | 367 | 412 | 481 | 505 | 506 | 62 | 4 |
| | | Civil | 346 | 330 | 369 | 437 | 461 | 459 | 36 | 3 |
| | | Criminal Felony | 24 | 26 | 34 | 32 | 38 | 39 | 93 | 7 |
| | | Supervised Release Hearings** | 12 | 11 | 9 | 12 | 6 | 8 | 77 | 6 |
| | Pending Cases | | 368 | 351 | 360 | 350 | 395 | 390 | 48 | 3 |
| | Weighted Filings** | | 462 | 443 | 485 | 512 | 526 | 525 | 39 | 3 |
| | Terminations | | 360 | 375 | 400 | 521 | 495 | 487 | 66 | 5 |
| | Trials Completed | | 11 | 11 | 13 | 12 | 12 | 14 | 86 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 14.7 | 13.9 | 12.9 | 10.3 | 9.9 | 10.3 | 90 | 7 |
| | | Civil** | 6.2 | 6.5 | 6.9 | 5.9 | 5.5 | 5.5 | 7 | 2 |
| | From Filing to Trial** (Civil Only) | | 29.7 | 26.4 | 27.0 | 28.4 | 26.0 | 26.0 | 65 | 5 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 456 | 500 | 388 | 337 | 442 | 461 | | |
| | | Percentage | 6.5 | 7.4 | 5.6 | 5.0 | 5.6 | 6.0 | 65 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.7 | 1.8 | 1.9 | 1.9 | 1.7 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 45.20 | 45.07 | 51.46 | 39.36 | 45.57 | 43.63 | | |
| | | Percent Not Selected or Challenged | 31.8 | 30.9 | 36.9 | 31.0 | 37.3 | 34.8 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7620 | 118 | 150 | 701 | 53 | 55 | 1504 | 902 | 563 | 428 | 1614 | 23 | 1509 |
| Criminal* | 527 | 1 | 152 | 59 | 43 | 107 | 80 | 13 | 6 | 17 | 11 | 11 | 27 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **TEXAS WESTERN** | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 9,463 | 8,996 | 9,536 | 8,647 | 8,268 | 7,899 | | |
| | Terminations | | 9,141 | 9,312 | 9,183 | 8,171 | 8,240 | 7,749 | | |
| | Pending | | 5,226 | 4,911 | 5,247 | 4,951 | 4,522 | 4,570 | | |
| | % Change in Total Filings | Over Last Year | | 5.2 | | | | | 23 | 3 |
| | | Over Earlier Years | | | -.8 | 9.4 | 14.5 | 19.8 | 7 | 2 |
| | Number of Judgeships | | 13 | 13 | 13 | 13 | 13 | 11 | | |
| | Vacant Judgeship Months** | | .0 | .0 | .0 | .0 | 12.4 | 25.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 729 | 692 | 734 | 665 | 636 | 718 | 6 | 2 |
| | | Civil | 246 | 247 | 286 | 251 | 256 | 305 | 66 | 9 |
| | | Criminal Felony | 393 | 361 | 379 | 354 | 324 | 361 | 1 | 1 |
| | | Supervised Release Hearings** | 90 | 84 | 69 | 60 | 56 | 52 | 4 | 1 |
| | Pending Cases | | 402 | 378 | 404 | 381 | 348 | 415 | 38 | 7 |
| | Weighted Filings** | | 650 | 629 | 687 | 632 | 617 | 706 | 7 | 3 |
| | Terminations | | 703 | 716 | 706 | 629 | 634 | 704 | 5 | 2 |
| | Trials Completed | | 28 | 25 | 26 | 27 | 22 | 31 | 18 | 1 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 5.0 | 5.3 | 5.0 | 5.3 | 5.0 | 5.0 | 4 | 1 |
| | | Civil** | 7.5 | 9.5 | 9.3 | 8.0 | 9.5 | 8.5 | 21 | 3 |
| | From Filing to Trial** (Civil Only) | | 15.8 | 14.6 | 16.5 | 16.4 | 16.5 | 16.7 | 8 | 1 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 54 | 76 | 46 | 42 | 37 | 66 | | |
| | | Percentage | 2.3 | 2.9 | 1.7 | 1.7 | 1.5 | 2.5 | 18 | 3 |
| | Average Number of Felony Defendants Filed Per Case | | 1.2 | 1.3 | 1.2 | 1.3 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 47.14 | 55.40 | 49.19 | 47.36 | 34.68 | 43.45 | | |
| | | Percent Not Selected or Challenged | 41.1 | 46.5 | 42.0 | 39.5 | 40.6 | 36.8 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3193 | 134 | 90 | 1074 | 158 | 42 | 170 | 333 | 187 | 269 | 467 | 4 | 265 |
| Criminal* | 5103 | 1608 | 473 | 2330 | 282 | 128 | 59 | 58 | 32 | 22 | 26 | 41 | 44 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."