IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **VIRDA BELL BULLARD**, *et al.*; § <br> § <br> **Plaintiffs**, § <br> § <br> VS. § <br> § **CASE NO. 07-C-6883** <br> **BURLINGTON NORTHERN SANTA FE** § <br> **RAILWAY COMPANY, KOPPERS** § Judge Kennelly <br> **INDUSTRIES, INC., MONSANTO** § Magistrate Judge Ashman <br> **COMPANY, DOW CHEMICAL** § <br> **COMPANY, AND VULCAN MATERIALS** § <br> **COMPANY;** § <br> § <br> **Defendants.** § | |

## AMENDED NOTICE OF MOTION

To:  Daniel J. Mohan  
Daley & Mohan, PC  
150 N. Wacker Drive  
Chicago, IL  60606  

Larry J. Chilton  
Chilton Yambert Porter & Young LLP  
150 S. Wacker Drive, Suite 2400  
Chicago, IL  60606  

Darren VanPuymbrouck  
Marla R. Shade  
Renee C. Kelley  
Schiff Hardin LLP  
6600 Sears Tower  
233 South Wacker Drive  
Chicago, IL 60606-6473  

Robert L. Shuftan  
Brent R. Austin  
Leonard S. Kurfirst  
Wilman, Harrold, Allen & Dixon LLP  
225 W. Wacker Drive, Suite 3000  
Chicago, IL 60606  

Lise T. Spacapan  
Gabrielle Sigel  
Jenner & Block LLP  
330 N. Wabash Avenue  
Chicago, IL 60611-7603  

   PLEASE TAKE NOTICE that on Wednesday, July 2, 2008, at 10:30 a.m. or as soon thereafter as this Motion may be heard, we shall appear before the Honorable Matthew F. Kennelly, in the courtroom usually occupied by him, Courtroom 2103, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL  60604, and then and there present the Plaintiffs' Motion for Voluntary Dismissal of Certain Plaintiffs, a copy of which was previously served upon you.

                                         s/David S. Jasmer                              
                                         One of the Attorneys for Plaintiffs

1. On January 4, 2008, in conjunction with Plaintiffs' motion to remand, certain Plaintiffs filed a motion for voluntary dismissal.

2. In the court's ruling denying Plaintiffs' motion to remand on April 10, 2008, the court at that time declined to rule on the motion for voluntary dismissal.

3. At the status hearing on April 24, 2008, Plaintiffs' counsel advised the court that, notwithstanding the court's ruling denying Plaintiffs' motion to remand, those certain Plaintiffs intend to proceed with their motion for voluntary dismissal.

4. At this time, Plaintiffs hereby renew and formally give amended notice to all parties of their previously filed Motion for Voluntary Dismissal of Certain Plaintiffs.  By this amended notice, said Motion for Voluntary Dismissal of Certain Plaintiffs shall proceed and is set to be heard on July 2, 2008 at 9:30 a.m. by Judge Matthew F. Kennelly in Courtroom 2103.

**CERTIFICATE OF SERVICE**

      DAVID S. JASMER, hereby certifies that on June 26, 2008, he electronically filed the Amended Notice of Motion, using the CM/ECF System which will send notification of such filings to the aforesaid and by mailing a copy to:

| | |
|---|---|
| Douglas W. Poole<br>McLeod, Alexander, Powel & Apffel<br>A Professional Corporation<br>802 Rosenberg; P.O. Box 629<br>Galveston, Texas  77553 | Kenneth R. Heineman<br>Joe Kilpatrick<br>Charles Ron Hobbs, II<br>Husch & Eppenberger, LLC<br>190 Carondelet Plaza, Suite 600<br>St. Louis, Missouri 63105 |
| Stephen C. Dillard<br>Fulbright & Jaworski L.L.P.<br>1301 McKinney, Suite 5100<br>Husch & Eppenberger, LLC<br>Houston, Texas 77010-3095 | |

at their addresses, and depositing the same in the United States mail at 111 W. Washington Street, Chicago, Illinois, before the hour of 5:00 p.m. on June 26, 2008, with proper first class postage pr paid.

                                                          s/David S. Jasmer

| | |
|---|---|
| James L. "Larry" Wright<br>Christopher V. Goodpastor<br>Watts Law Firm, LLC<br>111 Congress Avenue, Suite 1000<br>Austin, Texas 78701<br>(512) 479-0500<br>Fax: (512) 473-0328 | David S. Jasmer<br>DAVID S. JASMER, LLC<br>111 W. Washington Street<br>Suite 1150<br>Chicago, Illinois 60602<br>(312) 782-6344<br>Fax: (312) 372-1974 |
| Grover G. Hankins<br>The Hankins Law Firm<br>440 Louisiana Street, Suite 725<br>Houston, Texas 77002<br>(713) 292-2720<br>Fax: (713) 236-7731 | Dwight E. Jefferson<br>Dwight E. Jefferson, P.L.L.C.<br>405 Main Street, Suite 950<br>Houston, Texas 77002<br>(713) 222-1222<br>Fax (713) 222-1223 |