IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **VIRDA BELL BULLARD,** *et al.***;** § § **Plaintiffs**, § § VS. § § **BURLINGTON NORTHERN SANTA FE** § **RAILWAY COMPANY, KOPPERS** § **INDUSTRIES, INC., MONSANTO** § **COMPANY, DOW CHEMICAL** § **COMPANY, AND VULCAN** § **MATERIALS COMPANY;** § § **Defendants.** § | **CASE NO. 07-C-6883** Judge Kennelly Magistrate Judge Ashman |

## MOTION TO STRIKE AND OBJECTIONS TO DEFENDANTS' EXHIBITS

Plaintiffs, VIRDA BELL BULLARD, et al., submit the following objections and motion to strike regarding Exhibits to Defendants' Reply in Support of Motion to Transfer.

1.  Under Federal Rules of Evidence 803, the following portions of Defendants' Exhibits constitute inadmissible hearsay:

    a.  Exhibit B, Defendants' Reply, Affidavit of Michael J. Mancione, ¶¶10, 11;

    b.  Exhibit C, Defendants' Reply, Declaration of John M. Floyd, lines 7 through 11;

    c.  Exhibit D, Defendants' Reply, Affidavit of Robert G. Kaley, II,  ¶4;

    d.  Exhibit E, Defendants' Reply, Declaration of Ellen Burchfield, Pars. ¶¶ 2, 3, 4;

WHEREFORE, for the foregoing reasons this Court should strike the Exhibits identified

above for any further, other, or different relief to which Plaintiffs are entitled this court deems reasonable, appropriate, and just.

Respectfully submitted,

DAVID S. JASMER, LLC

By: \s\ David S. Jasmer
One of the Attorneys for Plaintiffs

| | |
|---|---|
| James L. "Larry" Wright | David S. Jasmer |
| Christopher V. Goodpastor | DAVID S. JASMER, LLC |
| Watts Law Firm, LLC | 111 W. Washington Street |
| 111 Congress Avenue, Suite 1000 | Suite 1150 |
| Austin, Texas 78701 | Chicago, Illinois 60602 |
| (512) 479-0500 | (312) 782-6344 |
| Fax: (512) 473-0328 | Fax: (312) 372-1974 |
| | |
| Grover G. Hankins | Dwight E. Jefferson |
| The Hankins Law Firm | Dwight E. Jefferson, P.L.L.C. |
| 440 Louisiana Street, Suite 725 | 405 Main Street, Suite 950 |
| Houston, Texas 77002 | Houston, Texas 77002 |
| (713) 292-2720 | (713) 222-1222 |
| Fax: (713) 236-7731 | Fax (713) 222-1223 |