IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIRDA BELL BULLARD, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 07-C-6883 |
| ) | |
| BURLINGTON NORTHERN SANTA ) | |
| FE RAILWAY COMPANY; KOPPERS ) | Judge Matthew F. Kennelly |
| INDUSTRIES, INC.; MONSANTO ) | Magistrate Judge Ashman |
| COMPANY; DOW CHEMICAL ) | |
| COMPANY; AND VULCAN ) | |
| MATERIALS COMPANY, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF AMENDED MOTION

To:  Daniel J. Mohan                           Larry J. Chilton
      Daley & Mohan, PC                       Chilton Yambert Porter & Young LLP
      150 N. Wacker Drive                     150 S. Wacker Drive, Suite 2400
      Chicago, IL  60606                        Chicago, IL 60606

      Robert L. Shuftan                          Lise T. Spacapan
      Brent R. Austin                             Gabrielle Sigel
      Leonard S. Kurfirst                        Jenner & Block LLP
      Wilman, Harrold, Allen & Dixon LLP  330 N. Wabash Avenue
      225 W. Wacker Drive, Suite 3000     Chicago, IL 60611-7603
      Chicago, IL 60606

      Darren VanPuymbrouck
      Marla R. Shade
      Renee C. Kelley
      Schiff Hardin LLP
      6600 Sears Tower
      233 South Wacker Drive
      Chicago, IL 60606-6473

      PLEASE TAKE NOTICE that on Thursday, July 10, 2008, at 9:30 a.m., or as soon thereafter as this Motion may be heard, we shall appear before the Honorable Matthew F. Kennelly, in the courtroom usually occupied by him, Courtroom 2103, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the Plaintiffs' Amended Motion to Strike and Objections to Defendants' Exhibits, a copy of which is herewith served upon you.

                                                    s/David S. Jasmer
                                                    One of the Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      DAVID S. JASMER, hereby certifies that on July 10, 2008, he electronically filed the Amended Notice of Motion and Plaintiffs' Amended Motion to Strike and Objections to Defendants' Exhibits, using the CM/ECF System which will send notification of such filings to the aforesaid and by mailing a copy to:

| | |
|---|---|
| Douglas W. Poole<br>McLeod, Alexander, Powel & Apffel<br>A Professional Corporation<br>802 Rosenberg; P.O. Box 629<br>Galveston, Texas  77553 | Kenneth R. Heineman<br>Joe Kilpatrick<br>Charles Ron Hobbs, II<br>Husch & Eppenberger, LLC<br>190 Carondelet Plaza, Suite 600<br>St. Louis, Missouri 63105 |
| Stephen C. Dillard<br>Fulbright & Jaworski L.L.P.<br>1301 McKinney, Suite 5100<br>Husch & Eppenberger, LLC<br>Houston, Texas 77010-3095 | |

at their addresses, and depositing the same in the United States mail at 111 W. Washington Street, Chicago, Illinois, before the hour of 5:00 p.m. on July 10, 2008, with proper first class postage prepaid.

                                                    s/David S. Jasmer

| | |
|---|---|
| DAVID S. JASMER, LLC<br>111 W. Washington Street<br>Suite 1150<br>Chicago, Illinois 60602<br>(312) 782-6344<br>Fax: (312) 372-1974 | James L. "Larry" Wright<br>Watts Law Firm, LLC<br>111 Congress Avenue, Suite 1000<br>Austin, Texas 78701<br>(512) 479-0500<br>Fax: (512) 473-0328 |
| Grover G. Hankins<br>The Hankins Law Firm<br>440 Louisiana Street, Suite 725<br>Houston, Texas 77002<br>(713) 292-2720<br>Fax: (713) 236-7731 | Dwight E. Jefferson<br>Dwight E. Jefferson, P.L.L.C.<br>405 Main Street, Suite 950<br>Houston, Texas 77002<br>(713) 222-1222<br>Fax (713) 222-1223 |