## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6883 | **DATE** | 7/2/2008 |
| **CASE TITLE** | Bullard vs. Burlington Northern | | |

**DOCKET ENTRY TEXT**

Status hearing held. Motion for voluntary dismissal of certain plaintiffs is entered and continued to 7/10/2008 at 9:30 AM.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|