# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6883 | **DATE** | 8/29/2008 |
| **CASE TITLE** | Bullard vs. Burling Northern Santa | | |

**DOCKET ENTRY TEXT**

For the reasons set forth in the Memorandum Opinion and Order, the Court denies without prejudice plaintiffs' motion for voluntary dismissal (35) and grants defendants' motion for transfer of venue (25). Because the Court did not refer to the disputed materials in making its ruling, it terminates as moot plaintiffs' motion to strike (54,57).

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|